**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| VICKI TIMPA, ET AL. §<br>    Plaintiffs, §<br>§<br>VS. §<br>§  CIVIL ACTION NO. 3:16-CV-03089<br>§<br>THE CITY OF DALLAS, ET AL. §<br>    Defendants. §<br>§ | |

**PROTECTIVE ORDER**

This matter came on for consideration before the Court Dr. Emily Ogden and Southwestern Institute of Forensic Science's Motion for Protective Order ("the Motion") under Fed.R.Civ.P. 26(c) filed March 16, 2017, in the above entitled and numbered suit.

After careful consideration of the pleadings and noting that the Motion is opposed by the Plaintiff, the Court finds that it is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED and that the following protective order under Fed.R.Civ.P. 26(c) should be entered herein.

Compliance with Plaintiff's discovery requests, including the subpoenas served upon Dr. Emily Ogden and the Southwestern Institute of Forensic Science is hereby postponed for a period of 120 days.

SO ORDERED.

Signed this ___ day of March 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE