# Fw: L16-1234 | Timpa v. Dillard et al., 3:16cv3089-N

Inara Bandali

Wed 7/19/2017 4:36 PM

To: Inara Bandali <ibandali@henleylawpc.com>;

**From:** Geoff Henley
**Sent:** Wednesday, July 19, 2017 4:32 PM
**To:** Inara Bandali
**Subject:** FW: L16-1234 | Timpa v. Dillard et al., 3:16cv3089-N

Geoff J. Henley
3300 Oak Lawn Avenue, 7th Floor
Dallas, Texas 75219
P 214.821.0222
F 214.821.0124

ghenley@henleylawpc.com

# Henley & Henley, P.C.

Privileged and Confidential: The information contained in this e-mail message, including any file attachments, is confidential. It is intended only for the individual(s) designated above. You are hereby notified that any use, copying or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify the sender immediately by replying via e-mail and delete the message and any file attachments from your computer. Thank you.

**From:** Geoff Henley
**Sent:** Wednesday, June 21, 2017 12:23 PM
**To:** 'Wilson, Tatia' <tatia.wilson@dallascityhall.com>
**Cc:** Charlene Hanson <chanson@henleylawpc.com>
**Subject:** RE: L16-1234 | Timpa v. Dillard et al., 3:16cv3089-N

That's fine. We will send you a courtesy copy electronically.

Please inquire about deposition dates for between July 6th and July 21st or between August 15th and September 15th for Defendants Dillard, Vasquez, Mansell, Rivera, and Dominguez.

Thank you.

Geoff J. Henley
3300 Oak Lawn Avenue, 7th Floor
Dallas, Texas 75219
P 214.821.0222
F 214.821.0124

ghenley@henleylawpc.com

# Henley & Henley, P.C.

Privileged and Confidential: The information contained in this e-mail message, including any file attachments, is confidential. It is intended only for the individual(s) designated above. You are hereby notified that any use, copying or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify the sender immediately by replying via e-mail and delete the message and any file attachments from your computer. Thank you.

**From:** Wilson, Tatia [mailto:tatia.wilson@dallascityhall.com]
**Sent:** Wednesday, June 21, 2017 10:45 AM
**To:** Geoff Henley <ghenley@henleylawpc.com>
**Cc:** Huggard, Jennifer <jennifer.huggard@dallascityhall.com>
**Subject:** L16-1234 | Timpa v. Dillard et al., 3:16cv3089-N

Mr. Henley –

This email responds to yours, below, inquiring whether we will accept service by email of a subpoena with a 15-day turnaround time for production of digital copies of the photographs "referenced in the City of Dallas Police Department Incident Data Sheet Report." Since the City of Dallas is no longer a party to this lawsuit, you will need to have the subpoena physically served on David Pughes, Interim Chief of Police for the Dallas Police Department, so that it may be handled in accordance with DPD protocol.

The City Attorney's Office does not consent to service by electronic means; however, if wish to email the defendants, thorough me, a courtesy copy of your notice of subpoena, I can facilitate (and, hopefully, expedite) the production of the requested material.

Thanks and please call or email me if you wish to further discuss this matter.

Regards,
Tatia R. Wilson



Tatia R. Wilson
Senior Assistant City Attorney
Deputy Chief, Torts Section
City of Dallas
Dallas City Attorney's Office
1500 Marilla St., 7DN
Dallas, TX 75201
O: 214-671-9553