# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, ET AL. | § | |
|     Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 3:16-cv-03089-N |
| | § | |
| THE CITY OF DALLAS, ET AL. | § | |
|     Defendants. | § | |
| | § | |

## APPENDIX IN SUPPORT OF MOVANT DALLAS COUNTY DISTRICT ATTORNEY'S OFFICE ON BEHALF OF DR. EMILY OGDEN'S MOTION FOR PROTECTIVE ORDER AND MOTION OT STAY UNDER FED.R.CIV.P. 26(c) AND BRIEF IN SUPPORT

**FAITH JOHNSON**
**DISTRICT ATTORNEY**
**DALLAS COUNTY, TEXAS**

**ASHLEY D. FOURT, ASSISTANT DISTRICT ATTORNEY**
**TEXAS BAR NO. 00792096**
**CIVIL DIVISION**
**411 ELM STREET, FIFTH FLOOR**
**DALLAS, TX 75202**
**(214) 653-7358**
**(214) 653-6134 (FAX)**

# **INDEX TO APPENDIX**

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1. | Affidavit of George B. Lewis, II executed September 25, 2017 | 4 |
| 2. | SWIFS fee schedule, approved by Dallas County Commissioners Court on September 9, 2014 | 6 |

Respectfully submitted,

FAITH JOHNSON
District Attorney
Dallas County, Texas

/s/ Ashley D. Fourt\_\_\_\_
ASHLEY D. FOURT
ASSISTANT DISTRICT ATTORNEY
TEXAS BAR NO. 00792096
Ashley.Fourt@dallascounty.org
CIVIL DIVISION
411 ELM STREET, FIFTH FLOOR
DALLAS, TEXAS 75202
PHONE:  (214) 653-7358
FAX:     (214) 653-6134

ATTORNEY FOR MOVANT
DALLAS COUNTY DISTRICT ATTORNEY
ON BEHALF OF DR. EMILY OGDEN

## **CERTIFICATE OF SERVICE**

In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been electronically served upon all parties.

Dated:   September 26, 2017        /s/ Ashley D. Fourt
                                    ASHLEY D. FOURT

## AFFIDAVIT OF GEORGE B. LEWIS, II.

STATE OF TEXAS        §

COUNTY OF DALLAS   §

Before me, the undersigned notary, on this day, personally appeared GEORGE B. LEWIS, II., a person whose identity is known to me. After I administered an oath to him, upon his oath he said:

I am an Assistant District Attorney employed by the Dallas County District Attorney's Office. I am the Chief of the Civil Rights Division of the District Attorney's Office. I am the prosecutor assigned to investigate the facts and circumstances surrounding the death of Anthony Alan Timpa. ("Timpa") and present this case to the Dallas County Grand Jury.

Timpa died while in the custody of the Dallas Police Department (DPD) on August 10, 2016. As is routine, DPD conducted its own internal investigation of this incident and presented its findings to this Office in December 2016. However, in anticipation of presentation to a Dallas County Grand Jury, this Office conducted its own independent investigation into the death of Timpa. These investigations often take months to fully investigate; and includes re-interviewing all parties and witnesses, consulting with experts in various fields and investigating any unforeseen matter, claim or defense that may come to the attention of this Office that warrants further review and investigation. Although, I expected this case to go before the grand jury sooner, unexpected circumstances arose that delayed the presentation to the grand jury. During this investigation, additional information was brought forward to this Office by the father of

Timpa that required further investigation of this incident. Specifically, the father of Timpa retained a forensic pathologist to review the evidence in this case and render an opinion regarding cause of death. At this time, this Office's investigation is nearly complete and I expect to present this case to a Dallas County Grand Jury by October or November of 2017.

Dr. Emily Ogden is a central witness to the cause and manner of Timpa's death and her testimony will likely be presented to the Dallas County Grand Jury. Discovery in state criminal cases is limited and even more so, pre-indictment. Allowing Dr. Ogden's deposition to proceed before she has testified before the Dallas County Grand Jury in the parallel criminal proceeding would undoubtedly prejudice the State and may influence the jury pool by making public only that information that benefits a particular side.

_____
GEORGE B. LEWIS, II.

**SWORN TO** and **SUBSCRIBED** before me by GEORGE B. LEWIS, II., on September 25th, 2017.

Notary Public in and for
the State of Texas

My commission expires: 11-5-17

_____
Becky Campbell

BECKY CAMPBELL
Notary Public
STATE OF TEXAS
My Comm. Exp. November 5, 2017

# COURT ORDER
# 2014-1201



Southwestern Institute of Forensic Sciences Proposed FY15 Fee Schedule Revisions

On a motion made by Commissioner Dr. Elba Garcia, District 4, and seconded by Commissioner Dr. Theresa M. Daniel, District 1, the following order was passed and adopted by the Commissioners Court of Dallas County, State of Texas:

BRIEFING DATE:     9/2/2014
FUNDING SOURCE:   N/A

Be it resolved and ordered that the Dallas County Commissioners Court does hereby approve the revised Southwestern Institute of Forensic Sciences fee schedule with an effective date of October 1, 2014.

Done in open court September 9, 2014, by the following vote:

| | |
|---|---|
| IN FAVOR: | Honorable Clay Lewis Jenkins, County Judge |
| | Commissioner Dr. Theresa M. Daniel, District 1 |
| | Commissioner Mike Cantrell, District 2 |
| | Commissioner John Wiley Price, District 3 |
| | Commissioner Dr. Elba Garcia, District 4 |
| OPPOSED: | None |
| ABSTAINED: | None |
| ABSENT: | None |

Recommended by: Dr. Jeffrey Barnard
Originating Department: Forensics

**Dallas County**
**Southwestern Institute of Forensic Sciences**

2355 N. Stemmons Fwy
Dallas, TX 75207
214.920.5900

*Office of the Medical Examiner Service Fees*

| Code | | Service Description | Fee |
|---|---|---|---|
| 3312 | 1000 | Autopsy - Level I | 2050 |
| 3312 | 1007 | Autopsy - Level II | 2500 |
| 3312 | 1001 | External Examination | 1050 |
| 3312 | 1004 | Autopsy - Level 1: 10/01/09 - 09/30/14 | 1950 |
| 3312 | 1010 | Autopsy - Level II: 10/01/09 - 09/30/14 | 2350 |
| 3312 | 1005 | External Examination - 10/01/09 - 09/30/14 | 1000 |
| 3312 | 1002 | Expert Witness(hearing, trial)-criminal case/per 1/2 day | 725 |
| 3312 | 1008 | Expert Consult (case review, meeting) -criminal case/per hour | 200 |
| 3312 | 1009 | Expert Witness (deposition, hearing, trial) - civil or non-IFS case/per hour | 525 |
| 3312 | 1003 | Expert Consult (case review, meeting) -civil or non-IFS case/per hour | 375 |
| 3312 | 1006 | Photomicroscopy of Tissue Specimens/per hour | 55 |
| 3312 | 1200 | Autopsy/External Examination Report-Notarized Copy | 15 |
| 3312 | 1201 | Autopsy/External Examination Report-Copy | 5 |
| 3312 | 1202 | Cremation Certificate | 25 |
| 3312 | 1203 | Interrogatory/response | 25 |
| 3312 | 1204 | Proof of Death Certificate | 5 |
| 3312 | 1205 | Cause of Death form | 5 |
| 3312 | 1206 | Non-Contagious Disease Certification letter | 20 |
| 3312 | 1207 | Affidavit | 10 |
| 3312 | 1208 | Death Certificate/OME portion, Replacement | 20 |
| 3312 | 1209 | Copy charge-miscellaneous/per page | 0.10 |
| 3312 | 1210 | DVD/CD copy charge | 1 |
| 3312 | 1301 | Color print from slide - 8" x 10" | 7 |
| 3312 | 1307 | X-ray duplication | 10 |
| 3312 | 1400 | Histology/recut/H&E stain/per slide | 5 |
| 3312 | 1402 | Histology/recut/special stain/per slide | 20 |
| 3312 | 1500 | Evidence Shipping/Destruction/per package | 32 |
| 3312 | 1501 | Crash bag/body bag replacement | 25 |
| 3312 | 1502 | Use of Institute facilities | 128 |
| 3312 | 1503 | Indigent cremation – adult reimbursement | 500 |
| 3312 | 1507 | Indigent cremation – infant/skeletonized reimbursement | 125 |
| 3312 | 1508 | Indigent burial – adult reimbursement | 1920 |
| 3312 | 1509 | Indigent burial – infant/skeletonized reimbursement | 660 |
| 3312 | 1504 | Support staff services/per hour | 15 |
| 3312 | 1505 | Mileage/per diem reimbursement (IFS staff travel for other jurisdictions)/per unit | 1 |
| 3312 | 1506 | Reimbursement - external agency services/per unit | 1 |

Payment is required in advance (two hours minimum) for all services provided to private attorneys and any costs in excess of the minimum are payable at the time service is rendered. At the discretion of the Director, payment may be required before any service is rendered.

**Dallas County**
**Southwestern Institute of Forensic Sciences**

2355 N. Stemmons Fwy
Dallas, TX 75207
214.920.5900

## Criminal Investigation Laboratory Service Fees (all Sections)

| Code | | Service Description | Fee |
|---|---|---|---|
| 3311 | 7700 | Expert Witness(hearing, trial)-criminal case/per 1/2 day | 425 |
| 3311 | 7702 | Expert Consult (case review, meeting) -civil or non-IFS case/per hour | 225 |
| 3311 | 7703 | Expert Witness (deposition, hearing, trial) - civil or non-IFS case/per hour | 325 |
| 3311 | 7706 | Expert Consult (case review, meeting) -criminal case/per hour | 100 |
| 3311 | 7708 | Support staff services/per hour | 15 |
| 3311 | 7709 | Evidence Registration/per case | 27 |
| 3311 | 7710 | Evidence Processing and Shipping/per service/per package | 32 |
| 3311 | 7711 | Specimen/Materials Storage /per year | 60 |
| 3311 | 7712 | Response to Interrogatories/per 1/2 hour | 33 |
| 3311 | 7713 | Duplication charge/Scientist/per 1/2 hour | 33 |
| 3311 | 7714 | Certified copy of lab report | 15 |
| 3311 | 7715 | Copy Charge-Miscellaneous/per page | 0.10 |
| 3311 | 7716 | Affidavit | 10 |
| 3311 | 7717 | Use of Institute facilities | 128 |
| 3311 | 7718 | Evidence photography/per 1/2 hour | 33 |
| 3311 | 7728 | DVD/CD Copy charge | 1 |
| 3311 | 7720 | Color print from slide - 8" x 10" | 7 |
| 3311 | 7726 | Mileage/per diem reimbursement (IFS staff travel for other jurisdictions)/per unit | 1 |
| 3311 | 7727 | Reimbursement - external agency services/per unit | 1 |

Payment is required in advance (two hours minimum) for all services provided to private attorneys and any costs in excess of the minimum are payable at the time service is rendered. At the discretion of the Director, payment may be required before any service is rendered.

**Dallas County**
**Southwestern Institute of Forensic Sciences**

2355 N. Stemmons Fwy
Dallas, TX 75207
214.920.5900

## *Toxicology Laboratory Service Fees*

| Code | | Service Description | Fee |
|---|---|---|---|
| 3311 | 2001 | Drug Screen/Acidic Neutral | 81 |
| 3311 | 2002 | Drug Screen/Alkaline | 81 |
| 3311 | 2003 | Alcohols/Acetone | 26 |
| 3311 | 2004 | Solvents/Volatiles | 85 |
| 3311 | 2005 | Opiate Narcotics (GC/MS) | 85 |
| 3311 | 2006 | Cannabinoid Screen | 34 |
| 3311 | 2007 | Legal Alcohol/Analysis and Affidavit | 44 |
| 3311 | 2009 | Drug Abuse Screen/additional drug | 6 |
| 3311 | 2016 | Gas Chromatography/Mass Spectrometry | 85 |
| 3311 | 2018 | Volatile Drugs (Valproic Acid, etc.) | 51 |
| 3311 | 2021 | Infrared Spectroscopy | 79 |
| 3311 | 2024 | Benzodiazepines (GC/MS) | 85 |
| 3311 | 2025 | Marihuana/Cannabinoids (GC/MS or LC/MS) | 85 |
| 3311 | 2026 | Cocaine and Metabolites (GC/MS or LC/MS) | 85 |
| 3311 | 2027 | Acetaminophen Quantitation | 51 |
| 3311 | 2034 | Carbon Monoxide | 34 |
| 3311 | 2036 | Gamma-hydroxybutyric acid (GHB) | 85 |
| 3311 | 2044 | Ethylene Glycol | 66 |
| 3311 | 2060 | Other Analytical-Special Services/half hour | 34 |
| 3311 | 2068 | Salicylates | 53 |
| 3311 | 2076 | Vitreous Humor Electrolytes | 40 |
| 3311 | 2086 | pH | 26 |
| 3311 | 2094 | Immunoassay | 34 |
| 3311 | 2097 | Drug Screen | 195 |
| 3311 | 2017 | Fentanyl | 85 |
| 3311 | 2020 | Liquid Chromatography/Mass Spectrometry | 85 |

Payment is required in advance (two hours minimum) for all services provided to private attorneys and any costs in excess of the minimum are payable at the time service is rendered. At the discretion of the Director, payment may be required before any service is rendered.

**Dallas County**
**Southwestern Institute of Forensic Sciences**

2355 N. Stemmons Fwy
Dallas, TX 75207
214.920.5900

## Drug Analysis Laboratory Service Fees

| Code | | Service Description | Fee |
|---|---|---|---|
| 3311 | 2302 | Exploratory Qualitative | 25 |
| 3311 | 2303 | Sample Preparation | 32 |
| 3311 | 2304 | Infrared Spectroscopy | 79 |
| 3311 | 2305 | Gas Chromatography/Mass Spectrometry | 85 |
| 3311 | 2306 | Thin Layer Chromatography | 79 |
| 3311 | 2307 | Quantitative Analysis | 73 |
| 3311 | 2308 | Marihuana/Cannabinoids | 46 |
| 3311 | 2309 | Marihuana Seed Germination | 34 |
| 3311 | 2311 | Other Analytical-Special Services/half hour | 34 |
| 3311 | 2312 | Tentative Identification | 25 |
| 3311 | 2313 | Liquid Chromatography/Mass Spectrometry | 85 |

Payment is required in advance (two hours minimum) for all services provided to private attorneys and any costs in excess of the minimum are payable at the time service is rendered. At the discretion of the Director, payment may be required before any service is rendered.

**Dallas County**
**Southwestern Institute of Forensic Sciences**

2355 N.Stemmons Frwy
Dallas, TX 75207
214.920.5900

## *Breath Alcohol Technical Supervisor Service Fees*

| Code | | Service Description | Fee |
|---|---|---|---|
| 3313 | 2600 | Basic Service (in County) | 850 |
| 3313 | 2601 | Basic Service (out-of-County) | 1,000 |
| 3313 | 2602 | Additional Instrument/ Instrument | 75 |
| 3313 | 2603 | Repair Part Reimbursement | 1 |
| 3313 | 2604 | Supply Reimbursement | 1 |
| 3313 | 2605 | Other Analytical-Special Services/half hour | 33 |
| 3313 | 2700 | Expert Witness(hearing, trial)-criminal case/per 1/2 day | 425 |
| 3313 | 2702 | Expert Consult (case review, meeting) -civil or non-IFS case/per hour | 225 |
| 3313 | 2703 | Expert Witness (deposition, hearing, trial) - civil or non-IFS case/per hour | 325 |
| 3313 | 2720 | Expert Witness - ALR Hearing/per hour | 325 |
| 3313 | 2706 | Expert Consult (case review, meeting) -criminal case/per hour | 100 |
| 3313 | 2708 | Support staff services/per hour | 15 |
| 3313 | 2709 | Evidence Processing and Shipping/per service/per package | 32 |
| 3313 | 2710 | Response to Interrogatories/per 1/2 hour | 33 |
| 3313 | 2721 | Response to Interrogatories - ALR/per 1/2 hour | 33 |
| 3313 | 2711 | Duplication charge/Scientist/per 1/2 hour | 33 |
| 3313 | 2712 | Certified copy of lab report | 15 |
| 3313 | 2713 | Copy Charge-Miscellaneous/per page | 0.10 |
| 3313 | 2714 | Affidavit | 10 |
| 3313 | 2715 | Use of Institute Facilities | 128 |
| 3313 | 2716 | Evidence photography/per 1/2 hour | 33 |
| 3313 | 2717 | Mileage/per diem reimbursement (IFS staff travel for other jurisdictions)/per unit | 1 |
| 3313 | 2718 | Reimbursement - external agency services/per unit | 1 |
| 3313 | 2719 | CD/DVD copy | 1 |

Payment is required in advance (two hours minimum) for all services provided to private attorneys and any costs in excess of the minimum are payable at the time service is rendered. At the discretion of the Director, payment may be required before any service is rendered.

**Dallas County**
**Southwestern Institute of Forensic Sciences**

2355 N.Stemmons Fwy
Dallas, TX 75207
214.920.5900

*Physical Evidence Laboratories Service Fees*
*Physical Evidence - All Laboratories*

| Code | | Service Description | Fee |
|---|---|---|---|
| 3311 | 3100 | Physical Match/Fit (All PES Units) | 41 |
| 3311 | 3101 | Photography for Court/Demonstration (All PES Units)/per half hour | 33 |
| 3311 | 3102 | Evidence Documentation for Court/Demonstration (All PES Units) | 67 |
| 3311 | 3103 | Other Analytical-Special Services/half hour | 33 |
| 3311 | 3104 | Archived Evidence Research/per hour | 67 |
| 3311 | 3105 | Crime Scene Processing/hour | 67 |

Payment is required in advance (two hours minimum) for all services provided to private attorneys and any costs in excess of the minimum are payable at the time service is rendered. At the discretion of the Director, payment may be required before any service is rendered.



# Dallas County
## Southwestern Institute of Forensic Sciences

2355 N.Stemmons Fwy
Dallas, TX 75207
214.920.5900

*Physical Evidence Laboratories Service Fees*
*Firearms/Toolmarks*

| Code | | Service Description | Fee |
|---|---|---|---|
| 3311 | 3401 | General Rifling Characteristics File Search/per item | 33 |
| 3311 | 3403 | Mechanical Evaluation of Weapon/per item | 67 |
| 3311 | 3404 | Test Fire/per item | 17 |
| 3311 | 3406 | Restoration of Firearm for Test Firing/per item | 81 |
| 3311 | 3407 | Serial Number Restoration/per item | 67 |
| 3311 | 3412 | Toolmark Replication/per test mark | 33 |
| 3311 | 3413 | Toolmark Comparison/per item | 67 |
| 3311 | 3414 | Chronograph/Special Testing/per hour | 67 |
| 3311 | 3415 | Bullet Identification/per item | 33 |
| 3311 | 3416 | Cartridge Case Identification/per item | 33 |
| 3311 | 3417 | Microscopic Comparison of Bullet | 67 |
| 3311 | 3418 | Microscopic Comparison of Cartridge Case/per item | 67 |
| 3311 | 3419 | Blood Evidence Search/per specimen/per item | 33 |
| 3311 | 3420 | Test Firing for Distance Determination/hour | 67 |
| 3311 | 3421 | Trace Evidence Collection/per item | 33 |
| 3311 | 3423 | Sodium Rhodizonate/Greiss Test for GSR/per defect | 76 |
| 3311 | 3424 | Microscopic Search for GSR/per defect | 41 |
| 3311 | 3425 | Range Determination by Test Fire/per hour | 67 |

Payment is required in advance (two hours minimum) for all services provided to private attorneys and any costs in excess of the minimum are payable at the time service is rendered. At the discretion of the Director, payment may be required before any service is rendered.

**Dallas County**
**Southwestern Institute of Forensic Sciences**

2355 N. Stemmons Fwy
Dallas, TX 75207
214.920.5900

*Physical Evidence Laboratories Service Fees*
*Trace Evidence Laboratory*

| Code | | Service Description | Fee |
|---|---|---|---|
| 3311 | 3500 | Trace Evidence Collection from Bodies/per hour | 67 |
| 3311 | 3501 | Evidence Search/Removal/per item | 41 |
| 3311 | 3502 | Examination of Hair Combings for Foreign Material/per hour | 67 |
| 3311 | 3503 | Identification of Unusual Features/per item | 75 |
| 3311 | 3504 | Microscopic Examination/Comparison of Hairs/per hour | 67 |
| 3311 | 3505 | Microscopic Examination/Comparison of Fibers/per hour | 67 |
| 3311 | 3506 | Fiber Identification/per hour | 67 |
| 3311 | 3507 | Microspectrophotometry/per sample | 103 |
| 3311 | 3509 | Fourier Transform IR/Microscopy Analysis/per sample | 103 |
| 3311 | 3510 | Fourier Transform IR/General Analysis/per sample | 89 |
| 3311 | 3511 | FTIR Sample Preparation/per sample | 67 |
| 3311 | 3513 | Microscopic Examination/Solubility/per sample | 33 |
| 3311 | 3514 | Gas Chromatography/Mass Spectrometry/per sample | 135 |
| 3311 | 3516 | Gas Chromatograph/Mass Spectrometry Sample Preparation | 54 |
| 3311 | 3521 | Gunshot Residue Kit | 6 |
| 3311 | 3522 | SEM/EDX Analysis of Special Materials/per hour | 110 |
| 3311 | 3523 | Sodium Rhodizonate/Griess Test for GSR | 76 |
| 3311 | 3524 | Microscopic Search for GSR (Clothing) | 41 |
| 3311 | 3526 | Range Determination by Test Firing | 67 |
| 3311 | 3530 | Paint/Fiber/Polymer Analysis by Pyrolysis GC/MS | 89 |
| 3311 | 3531 | Refractive Index | 67 |
| 3311 | 3533 | Microchemical Testing | 54 |
| 3311 | 3536 | Microscopic Examination of Trace Evidence/per hour | 67 |
| 3311 | 3537 | Bloodstain Pattern Analysis/per hour | 67 |
| 3311 | 3538 | Microscopic Slide Preparation/per slide | 17 |
| 3311 | 3540 | SEM/EDX - Analysis of GSR Stubs/set (2) stubs | 408 |
| 3311 | 3542 | Hair Preparation for DNA Testing/per hair | 67 |

Payment is required in advance (two hours minimum) for all services provided to private attorneys and any costs in excess of the minimum are payable at the time service is rendered. At the discretion of the Director, payment may be required before any service is rendered.



**Dallas County**
**Southwestern Institute of Forensic Sciences**

2355 N. Stemmons Fwy
Dallas, TX 75207
214.920.5900

## *Physical Evidence Laboratories Service Fees*
*Forensic Biology Laboratory*

| Code | | Service Description | Fee |
|---|---|---|---:|
| 3311 | 3602 | DNA Standard Collection/per item | 50 |
| 3311 | 3603 | Biological Evidence Storage/per sample | 44 |
| 3311 | 3605 | Species Determination/per sample | 53 |
| 3311 | 3606 | Presumptive Semen Test/per sample | 62 |
| 3311 | 3608 | Spermatozoa Search/per slide | 53 |
| 3311 | 3609 | Confirmatory Semen Test (P30)/per sample | 88 |
| 3311 | 3610 | Sexual Assault Kit | 29 |
| 3311 | 3611 | Exam of Female Sexual Assault Patient | 353 |
| 3311 | 3612 | Partial Exam of Female Sexual Assault Patient | 36 |
| 3311 | 3613 | Exam of Male Sexual Assault Patient | 75 |
| 3311 | 3614 | CODIS System, Search/Entry/per profile | 35 |
| 3311 | 3615 | DNA Extraction & Typing by STR - 9 Loci/per sample | 347 |
| 3311 | 3616 | DNA Extraction & Typing by STR - 13 Loci/per sample | 446 |
| 3311 | 3617 | Mitochondrial DNA Typing, Hair/Bone, Per Sample | 1,662 |
| 3311 | 3618 | Mitochondrial DNA Typing, Blood, Per Sample | 1,022 |
| 3311 | 3630 | Presumptive Blood Test/per sample | 62 |
| 3311 | 3631 | Alternate Light Source Search - Small Item/per item | 62 |
| 3311 | 3632 | Alternate Light Source Search -  Large Item/per item | 88 |
| 3311 | 3633 | DNA Standard Kit Processing/per item | 24 |
| 3311 | 3634 | Blood Evidence Search - Clothing or Small Item/per item | 88 |
| 3311 | 3635 | Blood Evidence Search - Bedding or Large Item/per item | 220 |
| 3311 | 3636 | Biological Evidence Removal/per sample | 8 |
| 3311 | 3637 | Spermatozoa Slide Preparation/per slide | 24 |
| 3311 | 3638 | Semen Evidence Search - Clothing or Small Item/per item | 88 |
| 3311 | 3639 | Semen Evidence Search - Bedding or Large Item/per item | 220 |
| 3311 | 3640 | Sexual Assault Kit - Basic Processing | 44 |
| 3311 | 3641 | Semen DNA Extraction & Typing by STR - 9 Loci/per sample | 413 |
| 3311 | 3642 | Semen DNA Extraction & Typing by STR - 13 Loci/per sample | 517 |
| 3311 | 3643 | DNA Extraction for STR/per sample | 244 |
| 3311 | 3644 | DNA Typing by STR - 4 Loci/per sample | 80 |
| 3311 | 3645 | Examination of Hair Combings for Foreign Material/per item | 24 |
| 3311 | 3646 | Presumptive Saliva Test/per sample | 50 |
| 3311 | 3647 | Saliva Evidence Search - Clothing or Small Item/per item | 88 |
| 3311 | 3648 | Saliva Evidence Search - Bedding or Large Item/per item | 220 |
| 3311 | 3649 | Confirmatory Blood Test/per sample | 44 |
| 3311 | 3650 | Bloodstain Pattern Evaluation/per item | 24 |
| 3311 | 3651 | Trace Evidence Collection/per item | 44 |
| 3311 | 3652 | Sample Prep (Transfer to external agency)/per sample | 44 |
| 3311 | 3653 | Blood Standard Processing/per sample | 33 |
| 3311 | 3654 | Database STR Profiling/Property Crime - 9 loci/per sample | 244 |
| 3311 | 3655 | Database STR Profiling/Property Crime - 13 loci/per sample | 265 |
| 3311 | 3656 | Y-STR Profiling/per sample | 347 |

Payment is required in advance (two hours minimum) for all services provided to private attorneys and any costs in excess of the minimum are payable at the time service is rendered. At the discretion of the Director, payment may be required before any service is rendered.