UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, INDIVIDUALLY, AND AS REPRESENTATATIVE OF THE ESTATE OF ANTHONY TIMPA et al., <br> Plaintiffs, <br><br> v. <br><br> DUSTIN DILLARD et al., <br> Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. <br><br> 3:16-CV-3089-N |

**DEFENDANTS DOMINGUEZ AND RIVERA'S RESPONSE TO PLAINTIFFS' AMENDED MOTION TO LIFT STAY**

TO THE HONORABLE COURT:

Defendants Raymond Dominguez and Domingo Rivera ("Defendants") respond to the Plaintiffs' Amended Motion to Lift Stay (ECF No. 114), filed on March 20, 2019.

Defendants do not oppose the relief sought by the Plaintiffs.

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
Interim City Attorney

s/ *Tatia R. Wilson*
Tatia R. Wilson
Senior Assistant City Attorney
Texas State Bar No. 00795793
tatia.wilson@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone:   214-670-3519
Facsimile:   214-670-0622

*Attorneys for Defendants Raymond Dominguez, and Domingo Rivera*

## CERTIFICATE OF SERVICE

I certify that on March 20, 2019, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the CM/ECF electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" notification to all case participants registered for electronic notice, including all *pro se* parties and/or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.  I further certify that I have served to the extent applicable all case participants not registered for electronic notice by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

s/ *Tatia R. Wilson*
Assistant City Attorney