**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **VICKI TIMPA, Individually, and as** | § | |
| **Representative of the Estate of Anthony Timpa,** | § | |
| **And CHERYLL TIMPA, Individually as Next** | § | |
| **Friend of K.T., a Minor Child** | § | |
| | § | |
| **Plaintiffs,** | § | **Civil Action No. 3:16-CV-03089-N** |
| | § | |
| **vs.** | § | |
| | § | |
| **DUSTIN DILLARD, DANNY** | § | |
| **VASQUEZ, RAYMOND DOMINQUEZ,** | § | |
| **DOMINGO RIVERA, KEVIN** | § | |
| **MANSELL, GLENN JOHNSON,** | § | |
| **CRIMINAL INVESTIGATIVE** | § | |
| **UNIT, LLC** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **JOE TIMPA** | § | |
| | § | |
| **Intervenor.** | | |

---

## INTERVENOR'S MOTION TO LIFT STAY AND ENTER NEW SCHEDULING ORDER

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Joe Timpa, Intervenor and files this Motion to Lift Stay and Enter New

Scheduling Order.

1.      This is a case brought as a result of the civil rights violations toward Anthony Timpa

wherein Mr. Timpa was killed at the hands of the Defendant officers.

2.      Intervenor Joe Timpa, father of Anthony Timpa, filed his Plea in Intervention on July

21, 2017.

3.      The Court stayed this action pending the outcome of the criminal actions filed against Defendants Dillard, Vasquez and Mansell.   The Dallas County District Attorneys' Office dismissed those actions as of March 18, 2019. Please see the attached Order of Dismissals.

4.      Due to the fact that the Stay was in protection for the Defendants who were facing criminal charges and since those charges have been dropped, that stay in effect is no longer necessary.

5.      Plaintiff have previously filed their Motion to Lift Stay and Intervenor further urges the Court to lift the stay.

6.      Intervenor also would request that a new Scheduling Order be entered so that Intervenor has the opportunity to conduct discovery that was suspended during the Stay.

CONCLUSION AND PRAYER

THEREFORE, Intervenor asks the Court to lift the stay and for a new scheduling order and for all other additional relief as the Court deems just and proper.

Respectfully submitted,

s/Susan E. Hutchison
Susan E.  Hutchison
Texas Bar No. 10354100
sehservice@hsjustice.com

James Robert Hudson
Texas Bar No. 24094736
jr@hsjustice.com

HUTCHISON & STOY, PLLC
505 Pecan St., Ste. 101
Fort Worth, TX  76102
(817) 820-0100
817.820.0111 fax

ATTORNEYS FOR INTERVENOR

## CERTIFICATE OF CONFERENCE

Susan E. Hutchison, attorney for Intervenor, has conferred with all counsel of record and all are unopposed except for Mr. Bright, attorney for Vasquez.

s/Susan E. Hutchison
Susan E. Hutchison

## CERTIFICATE OF SERVICE

I certify that on the 11th day of April 2019, a true and correct copy of the foregoing Intervenor's Motion to Lift Stay was served on all counsel of record via the court's electronic email service.

Geoff J. Henley
Lane R. Addison
Henley & Henley
2520 Fairmount St., Ste. 200
Dallas, TX  75201
Attorneys for Plaintiffs

Tatia R. Wilson
Jennifer Huggard
City Attorney of the City of Dallas
7DN Dallas City Hall
1500 Marilla St.
Dallas, TX  75201
Attorneys for Raymond Dominguez
And Domingo Rivera

Edwin P. Voss, Jr.
Brown & Hofmeister, LLP
740 E. Campbell Rd., Ste. 800
Richardson, TX  75081
Attorneys for Dustin Dillard

Gerald V. Bright
David L. Craft
Walker Bright, PC
100 N. Central Expwy, Ste. 800
Richardson, TX  75080
Attorneys for Danny Vasquez

Mark Goldstucker
Law Office of Mark E. Goldstucker
300 N. Coit Rd., Ste. 1125
Richardson, TX  75080
Attorneys for Kevin Mansell

s/Susan E. Hutchison
Susan E. Hutchison