IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, *et al.*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-CV-3089-N |
| THE CITY OF DALLAS, *et al.*, | § § § | |
| Defendant. | § § | |

### ORDER

This Order addresses the motions to lift the stay [114] and [118].  The Court hereby grants these motions and lifts the stay in this case.  The parties are order to confer and report to the Court in fourteen (14) days regarding when this case will be ready for trial and any pending motions the Court needs to address.

Signed April 22, 2019.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE