IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, INDIVIDUALLY, | § | |
| AND AS REPRESENTATATIVE OF | § | |
| THE ESTATE OF ANTHONY | § | |
| TIMPA et al., | § | |
| Plaintiffs, | § | Civil Action No. 3:16-CV-3089-N |
| | § | |
| v. | § | |
| | § | |
| DUSTIN DILLARD et al., | § | |
| Defendants. | § | |

**DEFENDANTS DILLARD, VASQUEZ, AND MANSELL'S UNOPPOSED
MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

TO THE HONORABLE COURT:

Defendants Dustin Dillard ("Dillard"), Danny Vasquez ("Vasquez"), and Kevin Mansell ("Mansell") (collectively, "Defendants") file this unopposed motion for withdrawal and substitution of counsel, and respectfully show the following.

1.      Tatia R. Wilson of the Dallas City Attorney's Office hereby enters her appearance as lead counsel of record for Defendants Dillard, Vasquez, and Mansell.

2.      Defendant Dillard requests that his current counsel of record, Edwin P. Voss, Jr. of Brown & Hofmeister, L.L.P., be permitted to withdraw as counsel of record for Defendant Dillard.

3.      Defendant Vasquez requests that his current counsel of record, Gerald Bright and David L. Craft of Walker Bright, P.C., be permitted to withdraw as counsel of record for Defendant Vasquez.

4.      Defendant Mansell requests that his current counsel of record, Mark E. Goldstucker of the Law Office of Mark E. Goldstucker, be permitted to withdraw as counsel of record for Defendant Mansell.

5.      Defendants' requests for withdrawal and substitution are not sought for delay only. Defendants Dillard, Vasquez, and Mansell approve the withdrawal and substitution and ask the Court to honor their requests.

6.      As shown by the Certificate of Conference, below, Plaintiffs and Intervenor do not oppose this motion.

WHEREFORE, Defendants Dustin Dillard, Danny Vasquez, and Kevin Mansell pray that the Court grant this motion and enter an order directing the Clerk of the Court to enter the appearance of Tatia R. Wilson as lead counsel of record for Defendants Dillard, Vasquez, and Mansell, and remove Edwin P. Voss, Jr. as counsel for Defendant Dillard, Gerald Bright and David L. Craft as counsel for Defendant Vasquez, and Mark E. Goldstucker as counsel for Defendant Mansell.

Respectfully submitted,

By:   */s/ Edwin P. Voss, Jr.* [w/permission]

Edwin P. Voss, Jr.
State Bar No. 20620300
evoss@bhlaw.net
BROWN & HOFMEISTER, L.L.P.
740 East Campbell Road, Suite 800
Richardson, Texas 75081
214-747-6100 (Telephone)
214-747-6111 (Telecopier)

WALKER BRIGHT, P.C.
100 N. Central Expressway, Suite 800
Richards, Texas 75080
Telephone:     (972) 744-0192
Facsimile:      (972) 744-0067
Email:           gerald.bright@wblpc.com
                     david.craft@wblpc.com

BY:      /s/ Gerald Bright [w/permission]
Gerald Bright
State Bar No. 02991720
David L. Craft
State Bar No. 00790522

LAW OFFICE OF MARK E. GOLDSTUCKER

 s/ Mark E. Goldstucker[w/permission]
Mark E. Goldstucker
State Bar of Texas No. 08104100
Email: mgoldstucker@gmail.com

Law Office of Mark E. Goldstucker
300 North Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: 972-479-1112
Fax:          972-479-1113

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
Interim City Attorney

s/ *Tatia R. Wilson*
Tatia R. Wilson
Senior Assistant City Attorney
Texas State Bar No. 00795793
tatia.wilson@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone:   214-670-3519
Facsimile:   214-670-0622

*Attorneys for Defendants Dustin Dillard, Danny Vasquez, Kevin Mansell, Raymond Dominguez, and Domingo Rivera*

## CERTIFICATE OF CONFERENCE

I certify that on May 10, 2019, I conferred via email with Geoff Henley, counsel for Plaintiffs, and Susan Hutchinson, counsel for Intervenor, regarding the relief sought by this motion.  Neither Plaintiffs nor the Intervenor oppose this motion or the relief sought therein.

s/ *Tatia R. Wilson*
Assistant City Attorney

## CERTIFICATE OF SERVICE

I certify that on May 21, 2019, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the CM/ECF electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" notification to all case participants registered for electronic notice, including all *pro se* parties and/or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.  I further certify that I have served to the extent applicable all case participants not registered for electronic notice by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

s/ *Tatia R. Wilson*
Assistant City Attorney