UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, INDIVIDUALLY, AND AS REPRESENTATATIVE OF THE ESTATE OF ANTHONY TIMPA, AND CHERYLL TIMPA INDIVIDUALLY AS NEXT FRIEND OF K.T., A MINOR CHILD,<br>Plaintiffs,<br><br>v.<br><br>DUSTIN DILLARD, *et al*.<br>Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>3:16-cv-03089-N |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE COURT:

Amy I. Messer enters her appearance as co-counsel of record for, and on behalf of, Defendants Dustin Dillard, Danny Vasquez, Raymond Dominguez, Domingo Rivera, and Kevin Mansell. Ms. Messer requests that the Clerk of the Court enter her appearance on the civil docket as co-counsel of record to be noticed in this case. Ms. Messer is authorized to receive service of all pleadings, notices, orders, and other papers filed in this lawsuit through the Court's electronic case filing system. Additionally, Tatia R. Wilson will continue her appearance in this suit as lead counsel of record.

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
Interim City Attorney

*s/ Amy I. Messer*
Amy I. Messer
Senior Assistant City Attorney
Texas Bar No. 00790705
amy.messer@dallascityhall.com

Tatia R. Wilson
Senior Assistant City Attorney
Texas State Bar No. 00795793
tatia.wilson@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone:  214-670-3519
Telecopier:  214-670-0622

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2019, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the CM/ECF electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" notification to all case participants registered for electronic notice, including all *pro se* parties and/or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*s/ Amy I. Messer*
Amy I. Messer
Assistant City Attorney