IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF ANTHONY TIMPA, AND CHERYLL TIMPA INDIVIDUALLY AS NEXT FRIEND OF K.T., A MINOR CHILD, Plaintiffs, and JOE TIMPA, Intervenor-Plaintiff, v. DUSTIN DILLARD, DANNY VASQUEZ, RAYMOND DOMINGUEZ, DOMINGO RIVERA, KEVIN MANSELL GLENN JOHNSON, CRIMINAL INVESTIGATIVE UNIT, LLC, Defendants. | § | CIVIL ACTION NO. 3:16-CV-03089-N |

**DEFENDANTS DUSTIN DILLARD,
DANNY VASQUEZ, RAYMOND DOMINGUEZ,
DOMINGO RIVERA, AND KEVIN MANSELL'S JOINT APPENDIX IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT ON QUALIFIED IMMUNITY**

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
Interim City Attorney

s/ *Lindsay Wilson Gowin*
Senior Assistant City Attorney
Texas State Bar No.
lindsay.gowin@dallascityhall.com

Tatia R. Wilson
Senior Assistant City Attorney
Texas State Bar No. 00795793
tatia.wilson@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone:   214-670-3519
Facsimile:   214-670-0622

*Attorneys for Defendants Dustin Dillard, Raymond Dominguez, Kevin Mansell, Domingo Rivera, and Danny Vasquez*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send notification to case participants registered for electronic notice. I further certify that to the extent applicable I have served all case participants not registered for electronic notice by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

s/ *Lindsay Wilson Gowin*
Senior Assistant City Attorney

# INDEX

| ITEM | PAGES |
|---|---|
| Exhibit 1: DVD containing all video and audio exhibits | 1 |
|     Exhibit 1-A:  Merged Body Camera Video | |
|     Exhibit 1-B:  Timpa's Call to 911 | |
|     Exhibit 1-C:  911 Call to Timpa | |
|     Exhibit 1-D:  Motorist's Call to 911 | |
|     Exhibit 1-E:  Security Guard's Call to 911 | |
|     Exhibit 1-F:  Radio Traffic Clip 1 | |
|     Exhibit 1-G:  Radio Traffic Clip 2 | |
|     Exhibit 1-H:  Radio Traffic Clip 3 | |
|     Exhibit 1-I:   Radio Traffic Clip 4 | |
|     Exhibit 1-J:   Radio Traffic Clip 5 | |
|     Exhibit 1-K:  Radio Traffic Clip 6 | |
|     Exhibit 1-L:  Radio Traffic Clip 7 | |
|     Exhibit 1-M:  Radio Traffic Clip 8 | |
| Affidavit in Any Fact of Officer Dustin Dillard | 2 |
| Affidavit in Any Fact of Senior Corporal Raymond Dominguez | 3 |
| Affidavit in Any Fact of Sergeant Kevin Mansell | 4 |
| Affidavit in Any Fact of Officer Domingo Rivera | 5 |
| Affidavit in Any Fact of Officer Danny Vasquez | 6-7 |
| Affidavit of Dustin Dillard | 8-10 |
| Affidavit of Raymond Dominguez | 11-13 |
| Affidavit of Kevin Mansell | 14-16 |
| Affidavit of Domingo Rivera | 17-19 |
| Affidavit of Danny Vasquez | 20-22 |
| Affidavit of James Flores | 23-25 |
| DF-R Prehospital Care Report Summary | 26-28 |
| Autopsy Report | 29-36 |
| General Order 905.00 | 37 |

| | |
|---|---|
| Expert Report of Dr. Kimberly Collins | 38-41 |
| Expert Report of Dr. Mark Kroll | 42-66 |
| Expert Report of Dr. Steven Bird | 67-74 |
| Deposition of Officer Dustin Dillard | 75-108 |
| Deposition of Senior Corporal Raymond Dominguez | 109-162 |
| Deposition of Sergeant Kevin Mansell | 163-195 |
| Deposition of Officer Domingo Rivera | 196-201 |
| Deposition of Officer Danny Vasquez | 202-247 |
| Deposition of DF-R Paramedic James Flores | 218-270 |
| Deposition of Dallas County Medical Examiner Dr. Emily Ogden (excerpted) | 271-273 |
| Deposition of Michael Lyman (excerpted) | 274-278 |
| Deposition of Dr. Kimberly Collins (excerpted) | 279-282 |
| Transcript of Merged Body Camera Video (Exhibit 1-A) | 283-310 |