|       | RIVERA:   | Look on the other side of it. |       |
|-------|-----------|-------------------------------|-------|
|       | RIVERA:   | Jimmy ---                     |       |
|       | VASQUEZ:  | I just got what you meant by that. |  |
|       | RIVERA:   | Jimmy Johns.                  |       |
|       | Unknown:  | What did he take?             |       |
|       | TIMPA:    | (unintelligible sound)        |       |
|       | RIVERA:   | He was at New Fine Arts.      |       |
|       | TIMPA:    | (unintelligible)... I'm dead! Kill me --- | |
|       | RIVERA:   | Seen one of them crazy psycho videos in there. | |
|       | TIMPA:    | --- Kill me, my friend! Kill me! Kill me! | |
|       | DILLARD:  | You're going to be alright.   |       |
|       |           | {Rivera walks away – patting hands} | |
|       | TIMPA:    | --- I need to die. Kill me.   |       |
|       | DILLARD:  | You're gonna be okay.  You're gonna be alright. | |
|       | TIMPA:    | Okay.  Help.                  |       |
|       | Unknown:  | Was he getting his (unintelligible). | |
|       | Unknown:  | I'm not sure.                 |       |
| 09:55 | MANSELL:  | We can definitely strap him to the gurney, and if you want to ride down, we'll ride with you-- | |
|       | BURNLEY:  | Yeah.                         |       |
|       | MANSELL:  | --to wherever we're going.    |       |
|       | RIVERA:   | Alright, I think I'm gonna go and take care of this car, okay. | |
|       | MANSELL:  | Alright.                      | 10:06 |
| 10:18 | DILLARD:  | Hey. Chill out.               | 10:21 |

|       |             |                                                                                      |       |
|-------|-------------|--------------------------------------------------------------------------------------|-------|
|       | TIMPA:      | (unintelligible) We're dead.                                                         |       |
|       | DILLARD:    | You're gonna be alright.                                                             |       |
|       | TIMPA:      | Help me.  We're dead.   I'm gonna die.                                               |       |
|       | DILLARD:    | No, you're not.                                                                      |       |
|       | TIMPA:      | Help me!  Help me!  Help!  Help!  Help me!                                           | 10:37 |
|       | Unknown:    | Alright.                                                                             |       |
|       | DILLARD:    | You're gonna be alright.                                                             |       |
|       | Unknown:    | … if it's not criminal.                                                              |       |
| 10:45 | TIMPA:      | No, it's not criminal!  Help me, help me.  Help me, help me, help me, help me, help me. |       |
| 10:58 | DOMINGUEZ:  | Sir, can you talk?                                                                   |       |
|       | TIMPA:      | (unintelligible)                                                                     |       |
|       | VASQUEZ:    | Tony.                                                                                |       |
|       | DILLARD:    | Tony.                                                                                |       |
|       | VASQUEZ:    | 'Anthony Timpa,' or something like that.                                             |       |
|       | DOMINGUEZ:  | Anthony, can you respond to my questions?                                            |       |
|       | DILLARD:    | Tony.                                                                                |       |
|       | DOMINGUEZ:  | No?                                                                                  |       |
|       | DILLARD:    | Tony.                                                                                |       |
|       | DOMINGUEZ:  | I'm trying to help, but I need you to acknowledge me.                                |       |
|       | DILLARD:    | Tony.                                                                                |       |
|       | DILLARD:    | Tony.                                                                                |       |
| 11:17 | SEC. GUARD: | This ain't just normal crazy, man.  He's on something.                               |       |
|       | DILLARD:    | That's what I'm saying.                                                              |       |

16

|       |           |                                                                                                                                                               |       |
|-------|-----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|       | VASQUEZ:  | Yeah, there's no way he's-- that this is normal crazy.                                                                                                        | 11:26 |
|       | DILLARD:  | Hey.                                                                                                                                                          |       |
|       | TIMPA:    | Help me!                                                                                                                                                      |       |
|       | DILLARD:  | Tony.                                                                                                                                                         |       |
|       | TIMPA:    | Help me!                                                                                                                                                      |       |
|       | DILLARD:  | Tony.                                                                                                                                                         |       |
|       | TIMPA:    | Help me!                                                                                                                                                      |       |
| 11:32 | DILLARD:  | What did you take today? What'd you take?                                                                                                                     |       |
|       | TIMPA:    | Help me! Help me! Help me! Help me! Help me!                                                                                                                  |       |
| 11:43 | VASQUEZ:  | We pinned him down like this because they had him just sitting down, and he was, like, rolling, rolling. Like, really pulling. I was like, uhh, no.           |       |
|       | DILLARD:  | Schizophrenia. He -- he took something.                                                                                                                       |       |
|       | VASQUEZ:  | You damn near got kicked, so ---                                                                                                                              | 11:50 |
|       | DILLARD:  | Hey Tony, what did you take?                                                                                                                                  |       |
|       | RIVERA:   | Let me go haul this car.                                                                                                                                      |       |
|       |           | **[ Rivera leaves scene]**                                                                                                                                    |       |
|       | DILLARD:  | He took something.                                                                                                                                            | 12:01 |
| 12:04 | DOMINGUEZ:| So what's the plan? You're the H.M.F.I.C. out here, sir.                                                                                                      |       |
|       | Unknown:  | I think we're gonna… if… if y'all strap him to the gurney, one of y'all… Well, they can ride both… they can both ride in the back. I'll drive the ambulance. |       |
|       | MANSELL:  | This is not eleven's ambulance. If it was eleven's ambulance, then yes, you can drive.                                                                        |       |
|       | VASQUEZ:  | Anybody can drive it.                                                                                                                                         |       |
|       | Unknown:  | Anybody.                                                                                                                                                      |       |

17

000299

|       |            |                                                                |       |
|-------|------------|----------------------------------------------------------------|-------|
|       | VASQUEZ:   | Anybody can drive it.                                          |       |
|       | MANSELL:   | I told him this is not eleven's ambulance, so…                 |       |
|       | MANSELL:   | Let me see if he's wanted for anything.                        |       |
|       | BURNLEY:   | If he's cuffed, can he walk to the ambulance?                  |       |
|       | DILLARD:   | I highly doubt it.                                             |       |
|       | DOMINGUEZ: | We zip-tied his feet.                                          |       |
|       | VASQUEZ:   | They zip-tied his feet.                                        |       |
|       | BURNLEY:   | Okay. Okay.                                                    |       |
| 12:42 | VASQUEZ:   | He's a kicker, man.                                            |       |
|       | DOMINGUEZ: | Oh, hell yeah! He kicked me a couple of times.                 |       |
|       | VASQUEZ:   | Yeah, that's why I decided, "No, I'm laying on 'em."           |       |
|       | DILLARD:   | He said, "You're gonna kill me!" Started to try to kick me.    | 12:52 |
|       | DILLARD:   | Well, shit. That's not good.                                   |       |
|       | VASQUEZ:   | What?                                                          |       |
|       | DILLARD:   | Nah, just him trying to kick me.                               |       |
|       | Unknown:   | Oh.                                                            |       |
|       | VASQUEZ:   | He was scrummin' a little too much.                            |       |
| 13:01 | DOMINGUEZ: | Tony, are you still with us?                                   |       |
| 13:03 | DILLARD:   | You alright, bud? You're gonna be alright.                     |       |
| 13:06 | VASQUEZ:   | Is he acknowledging you anymore?                               |       |
| 13:08 | DOMINGUEZ: | Not really.                                                    |       |
| 13:08 | DILLARD:   | He's moving.                                                   |       |
| 13:09 | VASQUEZ:   | Oh, I thought he nodded 'yes' answering your question.         | 13:10 |
| 13:10 | DILLARD:   | Tony.                                                          |       |

18

|       | VASQUEZ:   | Tony.                                                                               |       |
|-------|------------|-------------------------------------------------------------------------------------|-------|
|       | DILLARD:   | Tony. He's breathing. Tony.                                                         | 13:19 |
| 13:20 | DOMINGUEZ: | I was making sure he was still breathing--                                          |       |
|       | VASQUEZ:   | Yeah.                                                                               |       |
| 13:20 |            | **[Timpa lifts and lowers his left arm, and curls and flexes the fingers of both hands.]** | 13:26 |
| 13:21 | DOMINGUEZ: | -- 'cause his nose is buried in the…                                                | 13:22 |
| 13:23 | DILLARD:   | I think he's asleep! Yeah, he's still breathing. He just snorted. Tony?             |       |
| 13:28 | DOMINGUEZ: | He's out cold! What the fuck?!                                                      |       |
| 13:32 | VASQUEZ:   | Is he asleep?!                                                                      |       |
|       | Unknown:   | He's asleep!                                                                        |       |
|       | DILLARD:   | Yeah, he's snoring! That's what it was.                                             | 13:36 |
| 13:37 | VASQUEZ:   | Yeah, he's asleep.                                                                  |       |
| 13:40 | DILLARD:   | Wow, that is ridiculous. Shit, if I was squirming that much, I'd be sleeping too.   | 13:47 |

**[13:48-14:05 -- Street Sweeper Passes]**

|       | VASQUEZ:   | Oh God, just what I needed. Suck up more dust. |
|-------|------------|-------------------------------------------------|
| 14:02 | DILLARD:   | Tony.                                           |
| 14:05 | VASQUEZ:   | Tony. (whistles)                                |
| 14:06 | DOMINGUEZ: | Hey, time for school. Wake up.                  |
|       | VASQUEZ:   | I don't want to go to school.                   |
|       | DOMINGUEZ: | Five more minutes, Mom.                         |
|       | VASQUEZ:   | Five more minutes, Mom.                         |
|       | DOMINGUEZ: | First day! Can't be late!                       |

| | | | |
|---|---|---|---|
| 14:17 | DILLARD: | Tony. | |
| | VASQUEZ: | We bought you new shoes for the first day of school.  Come on. | |
| | DOMINGUEZ: | Made breakfast!  Scrambled eggs, your favorite.  With waffles. | |
| 14:26 | | [PM Flores approaches Timpa, prepares his left arm for injection of sedative] | |
| | VASQUEZ: | Waffles.  Rooty tooty fruity waffles. | 14:30 |
| | DILLARD: | Now see if-- | |
| | VASQUEZ: | I think he's out cold now. | |
| | DILLARD: | --- this'll probably wake him up. | |
| | BURNLEY: | What happened? | |
| | DILLARD: | I don't know.  He just got quiet. | |
| | VASQUEZ: | All of a sudden, just…bloop. | |
| | DOMINGUEZ: | Is that Narcan? | |
| 14:39 | | **[PM Flores administers the injection. Timpa's head jerks.]** | |
| 14:40 | DILLARD: | Oh, there he comes. | 14:42 |
| 14:48 | DILLARD: | Sounded like he was snoring. | 14:49 |
| 14:52 | | **[PM Flores walks away.]** | |
| 14:55 | DOMINGUEZ: | Was that Narcan? | |
| | BURNLEY: | No, uh, it's to settle him down to transfer him. | |
| | DOMINGUEZ: | Oh!  The, uh…the Green Oaks Cocktail Special! | |
| | BURNLEY: | (unintelligible) | |
| | SEC. GUARD: | Word. | |
| | DOMINGUEZ: | You know, if you want to give us, like, a handful of those… | |
| | PM FLORES: | Alright, if I ran this city, y'all would shoot that stuff out of your cars. | |

20

000302

|       |             |                                                                                                  |       |
|-------|-------------|--------------------------------------------------------------------------------------------------|-------|
|       | VASQUEZ:    | (makes shooting noises)                                                                          |       |
| 15:22 | VASQUEZ:    | That'd be awesome!                                                                               |       |
|       | DOMINGUEZ:  | It would! We'd be fighting to go to CIT calls! "I'm closer!" "Nah, I'm more closer!"             |       |
|       | VASQUEZ:    | Wait for me!                                                                                     |       |
| 15:33 | PM FLORES:  | Y'all think we can get him on the stretcher?                                                     |       |
|       | VASQUEZ:    | Yeah.                                                                                            |       |
|       | DOMINGUEZ:  | Yeah.                                                                                            |       |
|       | VASQUEZ:    | Lemme put my phone in my other pocket before… Let's turn him this way.                           |       |
|       | Unknown:    | Alright.                                                                                         |       |
|       | Unknown:    | Get him up.                                                                                      |       |
|       | VASQUEZ:    | Mother-effer! Whew!                                                                              |       |
| 15:54 | DILLARD:    | Alright. I hope he's still breathing, man.                                                       |       |
|       | Unknown:    | One, two, three, go.                                                                             |       |
|       | Unknown:    | Jesus Christ.                                                                                    |       |
|       | VASQUEZ:    | Hey, don't fall off now!                                                                         | 16:03 |
|       | VASQUEZ:    | I don't want him to fall.                                                                        | 16:10 |
| 16:10 | DILLARD:    | Is he knocked out, or… He ain't dead, is he?                                                     |       |
|       | VASQUEZ:    | Nah, he just moved.                                                                              |       |
|       | DILLARD:    | Oh. Oh, okay.                                                                                    |       |
|       | VASQUEZ:    | I think.                                                                                         |       |
|       | DOMINGUEZ:  | That was a little freaky.                                                                        | 16:16 |
| 16:19 | DILLARD:    | He didn't just die down there, did he?                                                           |       |

21

|       |             |                                                                                                                                           |
|-------|-------------|-------------------------------------------------------------------------------------------------------------------------------------------|
|       | VASQUEZ:    | I don't think he did.                                                                                                                     |
|       | DILLARD:    | Is he breathing?                                                                                                                          |
| 16:27 |             | **[Dominguez administers a sternum rub as paramedics start rolling the gurney to the ambulance. Timpa does not respond.]**                |
| 16:33 | DILLARD:    | Hope I didn't kill him.                                                                                                                   |
| 16:36 | DOMINGUEZ:  | What's all this "we" shit?                                                                                                                |
|       | VASQUEZ:    | I love how this became a "we."                                                                                                            |
|       | DOMINGUEZ:  | Yeah.                                                                                                                                     |
|       | VASQUEZ:    | We ain't French.                                                                                                                          |
|       | DOMINGUEZ:  | Exactly. 'Murica.                                                                                                                         |
|       | Unknown:    | (unintelligible)                                                                                                                          |
|       | PM FLORES:  | Awesome.                                                                                                                                  |
|       | BURNLEY:    | We shall see.  What's his name again?                                                                                                     |
|       | DOMINGUEZ:  | Hey, did Domingo find his car?                                                                                                            |
|       | VASQUEZ:    | I have no idea.                                                                                                                           |
|       | DOMINGUEZ:  | I'm kind of curious to see ---                                                                                                            |
|       | VASQUEZ:    | Hey, do you have a bag?                                                                                                                   |
|       | DILLARD:    | No, I gave you my last one.  He didn't have much stuff, though.                                                                           |
|       | VASQUEZ:    | Nah, just these cards and phone.  And a hat.                                                                                              |
| 17:15 |             | **[Vasquez walks away from ambulance toward witnesses.]**                                                                                 |
| 17:16 | PM FLORES:  | Un-fucking-believable!                                                                                                                    |
|       | BURNLEY:    | Yeah, he's not breathing.                                                                                                                 |
|       | DILLARD:    | He's not breathing?!                                                                                                                      |
|       | BURNLEY:    | Nope.                                                                                                                                     |

|       |             |                                                                                                 |       |
|-------|-------------|-------------------------------------------------------------------------------------------------|-------|
|       | DILLARD:    | Oh shit.  He ain't breathing, bro!                                                              |       |
|       | PM FLORES:  | One of y'all put on some gloves.  We need some chest compressions.                              |       |
|       | DILLARD:    | Ah, fuck.  He ain't breathing.                                                                  | 17:32 |
|       | PM FLORES:  | So he was fighting, and then just gave up and went like this?                                   |       |
| 17:35 | MANSELL:    | Hey, uh, I've got his mom on the phone.  She knows all of his stuff.                            |       |
|       | PM FLORES:  | He's dead.                                                                                      |       |
|       | MANSELL:    | He's what?!                                                                                     |       |
|       | DILLARD:    | He's dead.                                                                                      | 17:42 |
|       | MANSELL:    | Well, fuck.                                                                                     |       |
|       | PM FLORES:  | You ever done CPR before?                                                                       |       |
| 17:50 |             | **[Dominguez begins chest compressions.]**                                                      |       |
| 17:55 | PM FLORES   | Right there, a hundred times a minute.  You ain't gotta go crazy. Fast.  You've got to let the chest come all the way up. |       |
|       | DOMINGUEZ:  | Like that?                                                                                      |       |
|       | PM FLORES:  | Just at a hundred times a minute.  Uh… Curtis, do you want to get those pads on him?            |       |
|       | DILLARD:    | Come on, Tony.                                                                                  |       |
|       | PM FLORES:  | Hey buddy, will you close those doors?                                                          |       |
|       | Unknown:    | Yes.                                                                                            |       |
|       | PM FLORES:  | Not trying to be an asshole, but…                                                               |       |
|       | Unknown:    | I hear you.                                                                                     |       |
| 18:26 | DOMINGUEZ:  | Anything?                                                                                       |       |
|       | FLORES:     | I don't know yet.                                                                               | 18:28 |

23

| | | | |
|---|---|---|---|
| 18:39 | FLORES: | One of y'all got a key to those handcuffs? | |
| | DILLARD: | Yeah. | |
| 19:00 | PM FLORES: | How long did he stop fighting? | |
| | DILLARD: | What, maybe one, two minutes? | |
| | DOMINGUEZ: | He was snoring though. | |
| | DILLARD: | Yeah, that's what he was. He sounded like he was snoring. | |
| | PM FLORES: | Yeah. | 19:08 |
| | MANSELL: | Y'all want the cuffs off of him? | |
| | DILLARD: | Yeah. | |
| | PM FLORES: | Yeah, we're gonna get these pads on first and see what they says. Hopefully we can shock him. | |
| | DILLARD: | Hey man, if you need me to switch… If you're tired, just let me know. | |
| | DOMINGUEZ: | Well, I think I'm (inaudible) for a minute. I'm gonna stop here in a minute. | |
| | BURNLEY: | (unintelligible) | |
| | PM FLORES: | Now I'm gonna get some pads on him. | |
| 19:50 | PM FLORES: | Alright partner, stop for a second. | |
| 19:52 | VASQUEZ: | Hey, you guys want to roll him so I can take the cuffs off? | |
| | PM FLORES: | Alright, so… | |
| | DOMINGUEZ: | Is the pulse back? | |
| 19:58 | PM FLORES: | Nope. | |
| 20:00 | BURNLEY: | Somebody jump on the chest. | |
| 20:01 | | **[Dominguez resumes chest compressions.]** | |
| 20:01 | PM FLORES: | He's dead as a door nail. Keep pumping on his chest. Curtis, you wanna… Well, hold on a second. | |

24

|       |              |                                                                                                                                                                 |
|-------|--------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | DOMINGUEZ:   | Want me to stop?                                                                                                                                                |
|       | PM FLORES:   | Stop one more time.  Nope, keep going buddy.  He's not there.                                                                                                   |
| 20:12 |              | **[Dominguez pauses chest compressions. Everyone stares at the monitor.]**                                                                                      |
| 20:14 | PM FLORES:   | (unintelligible)                                                                                                                                                |
|       | DOMINGUEZ:   | Keep going?                                                                                                                                                     |
|       | PM FLORES:   | (unintelligible)                                                                                                                                                |
|       | Unknown:     | Where should I keep that at?                                                                                                                                    |
|       | PM FLORES:   | Well, it's not … Don't worry about that.                                                                                                                        |
|       | VASQUEZ:     | Okay.                                                                                                                                                           |
|       | BURNLEY:     | (inaudible)                                                                                                                                                     |
| 20:29 | PM FLORES:   | Hey, go ahead and try to get those handcuffs off.  We're gonna have to get an IV in him.  Go ahead.                                                             |
| 20:33 | VASQUEZ:     | I need somebody to help me a little.                                                                                                                            |
|       |              | **[Dominguez pauses chest compressions, and helps Vasquez roll Timpa off the handcuffs so that Vasquez can remove them.]**                                      |
|       | PM FLORES:   | Turn him over whichever way.  I got to keep… I got to keep bagging him.  That ain't gonna do anything.  Nope, don't worry about it.  Appreciate the effort, though. |
|       | VASQUEZ:     | There's one if you want to flip it.  My key's stuck to it.                                                                                                      |
| 20:57 | PM FLORES:   | Alright, keep on pumping on his chest.  That's all CPR is.                                                                                                      |
|       | VASQUEZ:     | I'm about… about to get out of your way, bro.                                                                                                                   |
|       | PM FLORES:   | Hey partner. If you want, jump over on this side, that way.  Jump over on this side. That way he can get… get that IV on.  We got an engine crew coming.         |
|       | DILLARD:     | You got what?                                                                                                                                                   |
|       | PM FLORES:   | We got an engine crew coming, so…                                                                                                                               |

|       | DILLARD:    | Alright. |       |
|-------|-------------|----------|-------|
| 21:33 | DILLARD:    | Anything? |      |
| 21:34 | PM FLORES:  | No, there ain't nothing gonna happen. He blew his heart out. | 21:38 |
| 21:42 | DILLARD:    | Yeah, 'cause he started to calm down, and then he started snoring, and he was still breathing, and then I started noticing 'cause his eyes were kind of open. | 21:50 |
|       | PM FLORES:  | Yeah, gotcha. | 21:51 |
| 21:54 | DILLARD:    | And then as soon as we rolled him over, that's when it looked…it looked…didn't look good. | |
|       | MANSELL:    | Want us to go ahead and cut those off? | |
|       | PM FLORES:  | That would be good, Sarge, if you can get those off. | |
|       | MANSELL:    | Don't care who it is, need to get them off. | |
|       | PM FLORES:  | (inaudible) | |
|       | Unknown:    | Yeah. | |
|       | PM FLORES:  | (inaudible) | |
|       | PM FLORES:  | Let his chest come all the way up. You're doing good, just let it… just let it come all the way up. There we go.  Go with that beat. | |
| 23:00 | PM FLORES:  | Brother Northern, he was fighting these cops, and keeled over and died. Kind of an excited delirium deal. Gave him a round of drugs. I hit him with a knock out. Last time we checked, we were asystole. I'm assuming we still are. | |
|       | BURNLEY:    | No, he was very combative. | 23:23 |
| 23:23 | PM FLORES:  | (inaudible)…by the time we got here. (inaudible) | 23:29 |
|       | DOMINGUEZ:  | You good? | |
|       | DILLARD:    | Yeah. | |
|       | DILLARD:    | Do you want to switch here in a minute, when you get done with that? | |
|       | DOMINGUEZ:  | Yeah. | |

26

|  |  |  |
|---|---|---|
|  | BURNLEY: | No, I'm not seeing anything, or feeling anything. We can try right here. |
|  | EMS/FD: | Hey, whenever y'all get ready, I'll drive y'all. |
|  | BURNLEY: | Alright. |
|  | EMS/FD: | I'll be in the front. |
|  | Unknown: | Pushing one epi. Oops, soory. |
|  | EMS/FD: | You say you already did give him Narcan? |
|  | PM FLORES: | No, we did not. We gave him some, just, uh… We got some Versed, and we were gonna transport him up to the hospital 'cause he was fighting so much. Got him on the stretcher and here we are. No known medical history besides bipolar and schizophrenia. |
|  | DILLARD: | Want to switch? |
|  | DOMINGUEZ: | Yep. |
| 25:05 |  | **[Dillard steps away from Timpa. Dominguez resumes chest compressions.]** |
|  | EMS/FD: | Did you already give (unintelligible)? |
| 26:38 | PM FLORES: | How old is he? |
|  | DILLARD: | I don't think we have any idea. |
| 26:47 | PM FLORES: | Hey Sarge? Sarge, is that his driver's license? |
|  | MANSELL: | Yeah. |
|  | PM FLORES: | How old is he? |
|  | MANSELL: | Born in '84. |
|  | BURNLEY: | Thirty-two. |
|  | MANSELL: | Born in '84. |
|  | PM FLORES: | Oh, he was born in '84. Thirty-two years old. |

|  |  |  |  |
|---|---|---|---|
|  | MANSELL: | Just had his thirty… thirty-second birthday. |  |
|  | BURNLEY: | (inaudible)… Captain (inaudible) is on board. |  |
| 27:09 | BURNLEY: | Alright, um… |  |
|  | PM FLORES: | Thank you. |  |
|  | Unknown: | (inaudible) |  |
|  | DOMINGUEZ: | What? |  |
|  | PM FLORES: | How's that going?  If y'all want to swap out… You coppers get out, and we'll handle that. |  |
|  | DOMINGUEZ: | Okay.  You got it? | 27:20 |
| 27:20 |  | **[PM Burnley takes over the chest compressions.]** |  |
|  | EMS/FD: | Y'all want to go to Parkland or UT? |  |
|  | EMS/FD: | Parkland. |  |
|  | EMS/FD: | Y'all ready? |  |
|  | Unknown: | No. |  |
|  | PM FLORES: | Appreciate your help. |  |
|  | DILLARD: | Sorry.  We tried. |  |
|  | MANSELL: | [speaking into his cell phone]  They're gonna go straight to the hospital.  I'd suggest you and your wife go to Parkland. |  |
|  | DILLARD: | End of contact. |  |

**[End of Video 00:27:48.600]**