IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **VICKI TIMPA, Individually, and as Representative of the Estate of Anthony Timpa, And CHERYLL TIMPA, Individually as Next Friend of K.T., a Minor Child** § § § § § | |
| Plaintiffs, § | Civil Action No. 3:16-CV-03089-N |
| vs. § § | |
| **DUSTIN DILLARD, DANNY VASQUEZ, RAYMOND DOMINQUEZ, DOMINGO RIVERA, KEVIN MANSELL, GLENN JOHNSON, CRIMINAL INVESTIGATIVE UNIT, LLC** § § § § § § § § | |
| Defendants. § § | |
| v. § § | |
| **JOE TIMPA** § § | |
| Intervenor. § | |

## NOTICE OF APPEAL

Notice is hereby given that Joe Timpa, Intervenor, in the above named case hereby appeals to the U.S. Court of Appeals, Fifth Circuit from the Memorandum Opinion and Order entered July 6, 2020 (Doc. 173) and Final Judgment entered in this action on August 19, 2020 (Doc. 175).

                                                                           Respectfully submitted,

                                                                           s/Susan E. Hutchison
                                                                           Susan E. Hutchison
                                                                           Texas Bar No. 10354100
                                                                           sehservice@hsjustice.com

        James Robert Hudson, Jr.
        Texas Bar No. 24094736
        jr@hsjustice.com

        Hutchison & Stoy, PLLC
        505 Pecan St., Ste. 101
        Fort Worth, Texas 76102
        817-820-0100
        Fax 817.820-0111

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(d), on this day, Plaintiff's attorneys served Plaintiff's Notice of Appeal to the following attorneys, via electronic filing system.

Geoff J. Henley
R. Lane Addison
Henley & Henley, P.C.
3300 Oak Lawn Ave., Ste. 700
Dallas, TX 75219
Attorneys for Plaintiffs

Tatia R. Wilson
Lindsay Gowin
7DN Dallas City Hall
1500 Marilla St.
Dallas, TX 75201
Attorneys for City of Dallas/Individuals

Signed this 24th day of August 2020.

        s/Susan E. Hutchison
        Susan E. Hutchison