# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 15, 2021
Lyle W. Cayce
Clerk

No. 20-10876

Vicki Timpa, Individually, and as Representative of the Estate of Anthony Timpa; KT, A Minor Child; Cheryll Timpa, as next of Friend of K.T., a Minor Child,

*Plaintiffs—Appellants,*

versus

Dustin Dillard; Danny Vasquez; Raymond Dominquez; Domingo Rivera; Kevin Mansell,

*Defendants—Appellees,*

versus

Joe Timpa,

*Intervenor—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CV-3089

Before Clement, Southwick, and Willett, *Circuit Judges*.

J U D G M E N T

No. 20-10876

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued as the mandate on** Feb 04, 2022

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 04, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 20-10876   Timpa v. Dillard
                        USDC No. 3:16-CV-3089

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Laney L. Lampard, Deputy Clerk
504-310-7652

cc:
    Ms. Easha Anand
    Ms. Lindsay Gowin
    Mr. Geoff J. Henley I
    Mrs. Susan E. Hutchison
    Mr. Michael Mestitz
    Mr. Nicholas Dane Palmer
    Mr. James Bickford Pinson
    Mr. Jay Remington Schweikert
    Ms. Tatia R. Wilson