IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, Individually, and as Representative of the Estate of Anthony Timpa, And CHERYLL TIMPA, Individually as Next Friend of K.T., a Minor Child | § § § § § | |
| Plaintiffs, | § | Civil Action No. 3:16-CV-03089-N |
| vs. | § § § | |
| DUSTIN DILLARD, DANNY VASQUEZ, RAYMOND DOMINQUEZ, DOMINGO RIVERA, KEVIN MANSELL, GLENN JOHNSON, CRIMINAL INVESTIGATIVE UNIT, LLC | § § § § § § § § | |
| Defendants. | § | |
| v. | § § | |
| JOE TIMPA | § § | |
| Intervenor. | § | |

**PLAINTIFF/INTERVENOR'S RESPONSE IN OPPOSITION TO DEFENDANTS' EMERGENCY MOTION TO AMEND SCHEDULING ORDER AND CONTINUE TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff/Intervenor and files this Response in Opposition to the Defendants' Emergency Motion to Amend Scheduling Order and Continue Trial, in support of which would respectfully show the Court the following:

This Court's Scheduling Order may be modified only for "good cause" and with the Court's consent. Fed. R. Civ. P. 16(b)(4). The Defendants have failed to demonstrate good cause

for such modification. Defendants' own motion reflects that they are aware that they must demonstrate that they cannot meet the deadlines in the Scheduling Order despite due diligence. *S&W Enters., LLC v. Southtrust Bank of Ala.*, 315 F.3rd 533, 535 (5th Cir. 2003. The Defendants have presented no evidence to the Court demonstrating that the parties cannot meet the deadlines other than simply pointing out how close the deadlines are. Plaintiff Joe Timpa asserts that the parties can meet such deadlines through proper diligence. Discovery will be complete by the discovery deadline and the pretrial disclosure deadline remains approximately a month away. Defendants have provided no evidence that there is specific discovery that they will not be able to obtain or additional experts that they need to designate. As a result, Plaintiff Joe Timpa opposes any continuation of the current trial setting.

    FOR THE REASONS STATED, Plaintiff/Intervenor requests that the Defendants' Emergency Motion to Amend Scheduling Order and Continue Trial be denied and for such further relief as justice may require.

Respectfully submitted,

s/Susan E. Hutchison
Susan E. Hutchison
Texas Bar No. 10354100
Sehservice@FightsforRight.com

HUTCHISON & FOREMAN, PLLC
500 East 4th St., Ste. 100
Fort Worth, TX 76102
(817) 336-5533
817.887-5471 fax

ATTORNEYS FOR INTERVENOR

## CERTIFICATE OF SERVICE

      I certify that on the January 30, 2023, a true and correct copy of the foregoing Response was served on all counsel of record via the court's electronic email service.

Geoff J. Henley
R. Lane Addison
Henley & Henley, P.C.
2520 Fairmount St., Ste. 200
Dallas, TX  75201
Attorneys for Plaintiffs

Christopher J. Caso
Lindsay Gowin
Tatia R. Wilson
7DN Dallas City Hall
1500 Marilla St.
Dallas, TX  75201
Attorneys for Defendants

                                                              s/Susan E. Hutchison
                                                              Susan E. Hutchison