PLAINTIFF'S EXHIBIT
A

Page 1

                    Volume I
                    Pages 1-154

     IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF TEXAS
              DALLAS DIVISION
                CA No. 316-cv-03089-n

VICKI TIMPA, INDIVIDUALLY AND AS
REPRESENTATIVE OF THE ESTATE OF
ANTHONY TIMPA, CHERYLL TIMPA, INDIVIDUALLY
AS NEXT FRIEND Of K.T., A MINOR CHILD,
        Plaintiffs,
   vs.

DUSTIN DILLARD, DANNY VASQUEZ,
RAYMOND DOMINGUEZ, DOMINGO RIVERA,
KEVIN MANSELL, GLENN JOHNSON,
CRIMINAL INVESTIGATIVE UNIT, LLC,
        Defendants.


        DEPOSITION OF STEVEN B. BIRD, M.D.
            Friday, January 3, 2020
                 10:00 a.m.

     Held at:  Hilton Garden Inn
         35 Major Taylor Boulevard
       Worcester, Massachusetts  01608

    Court Reporter:  Carol S. Kershaw, CSR

           **********************

           FLYNN REPORTING ASSOCIATES
          Professional Court Reporters
       (508) 755-1303  *  (888) 244-8858
              www.flynnreporting.com
           **********************

STEVEN B. BIRD, M.D.

Page 28

1  Q.   The materials that you, at least the
2  research that you reviewed in putting together your
3  expert report, was this research that you had seen in
4  the past or studied in the past or was this stuff
5  that you found in relation, I guess, specifically for
6  this case?
7  A.   All of the literature that I cite was
8  literature that I'm familiar with in the course of my
9  profession.
10  Q.   So this is, I guess, material or literature
11  that most emergency room, at least you as an
12  emergency room physician, have reviewed as part of
13  your training as an emergency room doctor?
14  A.   And as part of medical toxicology.
15  Q.   The term "excited delirium," do you recall
16  when you first heard that term?
17  A.   That would have been I think during my
18  fellowship training in 2002 to 2004.
19  Q.   What is excited dilarium?  What is that?
20  A.   It's a syndrome of altered mental status
21  and agitation.  It may include aggressiveness,
22  hyperthermia, which most often occurs in the setting
23  of substance abuse and/or a mental health breakdown
24  from schizophrenia, for instance.

1   A.   Correct.

2   Q.   So at least in your opinion, based on your
3   knowledge, is excited delirium a cause of death?

4   A.   Yes.

5   Q.   What is the mechanism for a cause of death
6   from excited delirium?

7   A.   We don't know.

8        Excited delirium has been known for over
9   150 years and it's been known as other things such as
10  Bell's Mania.  It's thought to be -- ultimately, the
11  cause of death is thought to be dysregulation of
12  neuro or hormonal effects, perhaps dopamine
13  transmission.  No one knows for sure.  It's not a
14  simple -- there's not a simple one cause likely with
15  excited delirium.

16  Q.   I guess as a medical doctor, does that
17  trouble you that you have a cause of death that you
18  couldn't really explain?

19  A.   I don't really know how to answer that
20  question.

21  Q.   I guess, we understand, I guess, I guess
22  it's not frequent that you've got when you've got a
23  cause of death where you can't explain the mechanism
24  of death.  Would that be an accurate statement?

1  A. Well, Sepsis is another example. I told
2  you it's a complex inflammatory response that can
3  cause death, yet we don't know exactly how or why
4  it's doing that.
5  Q. But excited delirium, is that like sepsis,
6  though? Does excited delirium cause inflammation and
7  then metabolic acidosis?
8           MS. GOWIN: Object to form.
9  A. I don't know if I can answer that
10 question.
11 Q. Do you know if it does?
12          MS. GOWIN: Object to form.
13 A. I don't know the answer to that. I'm not
14 sure anyone knows the answer to that.
15 Q. I know that you looked at -- did you look
16 at Doctor Ogden's autopsy report?
17 A. Yes.
18 Q. Did you happen to read her deposition?
19 A. Yes.
20 Q. I guess did you read the part in her
21 deposition where I asked her about I guess excited
22 delirium being the cause of death?
23 A. I don't recall it.
24 Q. Because I asked her and I guess I want to

Case 3:16-cv-03089-N    Document 236-1    Filed 05/03/23    Page 5 of 11    PageID 6206
STEVEN B. BIRD, M.D.

Page 50

1   A.   Correct.

2   Q.   Besides the literature that you reviewed,
3   have you authored any studies on positional
4   aphyxia?

5   A.   No.

6   Q.   What about excited delirium, have you done
7   any studies on excited delirium?

8   A.   No.

9   Q.   A moment ago you brought up the Chan study.
10  I want to ask you a question in your report.

11       This is going to be on Page 6 and this is
12  it looks like sort of the third paragraph, second
13  indentation, but third paragraph in here, talking
14  about in other medical literature.  I think this is
15  what you brought up earlier.  You said I guess that
16  Reay recanted his study?

17  A.   That's correct, or recanted the occurrence
18  of positional aphyxia.

19  Q.   Do you know why he recanted?

20  A.   I think I knew at one point and I can't
21  recall.  I suspect that the rest of the literature
22  did not support his supposition, so he recanted it.

23  Q.   Then you also cite Bell on positional
24  aphyxia.  Do you see that?

Case 3:16-cv-03089-N   Document 236-1   Filed 05/03/23   Page 6 of 11   PageID 6207
STEVEN B. BIRD, M.D.

Page 98

1 the cameras to someone climbing Everest, they are not
2 the same kind of talking at all.
3        Maybe really well-trained Sherpas can talk
4 a little bit better than Americans.
5    Q.   So I guess fair enough that the people can,
6 at least from what you've observed, they can speak
7 when they are asphyxiating, but it's just not the
8 level or tenacity that Mr. Timpa was in the video, is
9 that correct?
10   A.   I think that's fair.
11   Q.   If you go to the next page, it's going to
12 be the first full paragraph on Page 7.  In the very
13 bottom of the first full paragraph, you say, The BWC
14 footage -- which is the body camera footage, I
15 believe you're referring to, correct?
16   A.   Yes.
17   Q.   Mr. Timpa can be heard referring to police
18 officers as "Officer" and saying things like "Don't
19 kill me."
20        Given this and the circumstances of the
21 evening, I do not think that the police officers
22 could have or should have been expected to recognize
23 that Mr. Timpa was in a state of excited delirium.
24        How would you know what those officers

Case 3:16-cv-03089-N   Document 236-1   Filed 05/03/23   Page 7 of 11   PageID 6208
STEVEN B. BIRD, M.D.

Page 99

1  could or should expect in that situation?
2     A.   Well, simply watching the video and hearing
3  the audio.  He refers to the officers as "Officer."
4  I think in one part, I think I read it in a report,
5  he sees someone who is not an officer, I think it was
6  one of the security guards.  He said, You are not a
7  cop, or something like that.
8          So that seems like, hearing that, I don't
9  think that the police or anyone would think
10 immediately this person is in excited delirium.
11    Q.   Did you look at the call sheets of the
12 officers that responded to the call?
13    A.   What's the call sheet?
14    Q.   It's the roll out from dispatch where they
15 radio in and with the call to the police and they
16 respond to the call.
17    A.   That I believe was part of the
18 investigative report.
19    Q.   Do you remember seeing that?
20    A.   Yes.
21    Q.   Do you remember what the call came was?
22    A.   It was something about mental illness or
23 mental breakdown, off of meds, if I recall.
24    Q.   Running into the street, do you recall that

Page 127

1  a rational question like I can't breathe, or a
2  rational request, why would you expect something
3  rational from him?
4       A.   I think I can't breathe is fundamental.
5  When you can't breathe, that's what people say.  He
6  was able to say things like, Officer, and in my
7  experience, patients who can't ventilate well enough
8  say, I can't breathe.
9       Q.   I guess my question is more do you believe
10 I guess that breathing is so fundamental that even a
11 psychotic person on cocaine could still verbalize and
12 say, I can't breathe?
13      A.   That's my experience.
14      Q.   Is that based on any I guess literature or
15 period studies or is that just kind of your
16 experience?
17      A.   I don't think there's anything in the peer
18 review literature addressing that specifically, but
19 that's my experience.
20      Q.   Is there any like textbooks that you
21 learned from that addressed that, probably not, but
22 were there any textbooks where you learned if they
23 can't breathe, they are going to tell you 100 percent
24 of the time they can't breath?

STEVEN B. BIRD, M.D.

Page 138

1  A.  There are theories about dopamine transport
2  in the brain being altered.  There are studies
3  looking at decreased protein expression, heat shock
4  protein.  There are some studies looking at messenger
5  RNA alternations.  I think no one knows the answer.
6  Q.  That gets me to my next question.  You say
7  they, I guess the precise mechanisms of death via
8  excited delirium, are well-known or known?
9  A.  Are not known.  I thought you had a
10 different question.  They are not known.
11 Q.  They are not known.  My question is, how
12 can you say to a reasonable degree of medical
13 certainty that somebody died of excited delirium?
14 A.  Just because you don't know the precise
15 cellular mechanism of death doesn't mean you can
16 opine or tell that's what they died of.
17 Q.  I guess, but on some level you're kind of
18 guessing, though, right?  Because you don't exactly
19 know what, how excited delirium causes the death.  So
20 we don't know what the -- that's a terrible question.
21         MS. GOWIN:  Object to form.
22         MR. ADDISON:  I haven't asked the
23 question.
24 Q.  I'm going to move on from that for a

1  moment.

2  What kind of signs of excited delirium did
3  you notice from the body cam footage in this case?
4      A.  So mental illness not on drugs, cocaine
5  intoxication.  There are some scoring classifications
6  for excited delirium.  We don't know what his body
7  temperature was.  He was struggling against
8  restraint.  He's a 30-ish year old white male who is
9  slightly obese or slightly overweight.  It occurred
10 in warmer weather or a warm month is more common as
11 well.
12      He reads like a classic case if you were to
13 read the literature of excited delirium.
14     Q.  Coupled with police restraint, right?
15         MS. GOWIN:  Object to form.
16     A.  Well, yes, and you know that patients in
17 excited delirium, they sometimes die in police
18 restraint.
19     Q.  I guess it's most of the time, right, that
20 they die in some sort of police restraint or
21 restraint in general?
22     A.  No.  I think the literature says that it's
23 not most of the time.
24     Q.  What literature are you referring to when

1  you say that?
2       A.   Um, I couldn't cite the specific paper, but
3  if you look overall at excited delirium deaths, I
4  believe that most of the -- more often than not they
5  do not involve restraint.
6       Q.   Do you know what hypoprofusion is?
7       A.   Yes.
8       Q.   What is that?
9       A.   That means decrease flow of something.
10      Q.   Sort of how would that present?
11      A.   It's either in an emergency room.
12           Typically, with hypoprofusion the patient
13  has decreased level of consciousness, they either
14  have low level of consciousness or they are
15  unconscious is the most typical.
16      Q.   You have not done a residency in pathology,
17  have you?
18      A.   Correct.
19      Q.   You've never been hired as a pathologist?
20      A.   Correct.
21      Q.   I know that you cite a study Ho did that
22  references pH levels?
23      A.   Yes.
24      Q.   And how is that?  I guess how does that