


## SOUTHWESTERN INSTITUTE OF FORENSIC SCIENCES AT DALLAS

### Office of the Medical Examiner
### Investigation Narrative

**Case:** IFS-16-14001 - ME

Investigating Agency: Dallas Police Department
Service #: 1926312016

DCME Notified 08/11/2016 01:20 AM by RN Blair Gerken of PMH ER; 469-419-0433

**Decedent:** Timpa, Anthony Alan    32 years White Male    DOB: 06/05/1984
Identification Source: Family/TXDL
Identification Method: visual

Next of Kin: Timpa, Joe   Relationship: Father
NOK Notified? Yes   By: Present at ER

Last Known Alive:                           by:

Date of Death: 08/10/2016 (Actual)          Type of Place of Death:   Hospital-Emergency Room/Outpatient
Time of Death: 11:30 PM (Actual)            Place of Death: Parkland Memorial Hospital
                                            Address:
Medical Record Number: 4873394              City: Dallas
                                            State: TX
Death due to Injury?: Yes                   ZIP:
  Date of Injury: Actual 08/10/2016         Place of Injury:   Outside
  Time of Injury: Estimated 10:32 PM        Street: 1720 West Mockingbird ln
                                            City: Dallas   County: Dallas
Injury at work?: No                         State: TX

DCME at Scene?: No

**Summary:**

Undetermined death of a 32 y/o white male with no medical hx.  Unknown hx of illicit drug use.

**Notes for Medical Examiner:**

Timpa, Anthony Alan

Based on the case history and autopsy findings, it is my opinion that Anthony Alan Timpa, a 32-year-old white male, died as a result of sudden cardiac death due to the toxic effects of cocaine and physiologic stress associated with physical restraint. Cardiac hypertrophy and bipolar disorder contributed to his death.

The mechanism of death in cases such as this is sometimes referred to as "excited delirium syndrome (EDS)." Classically, people affected by EDS are witnessed to exhibit erratic or aggressive behavior, and will often "throw off" attempts at restraint, requiring multiple people to subdue them. The person will appear to calm down and will suddenly become unresponsive. Most cases are associated with drug intoxication and/or psychiatric illness.

In this case, several factors likely contributed to the death. The surveillance and body cam footage and witness reports fit the classic scenario of excited delirium syndrome, and cocaine use and psychiatric illness (bipolar disorder) are common predisposing risk factors for EDS. Cocaine leads to increased heart rate and increased blood pressure, making a cardiac arrhythmia more likely. Due to his prone position and physical restraint by an officer, an element of mechanical or positional asphyxia cannot be ruled out (although he was seen to be yelling and fighting for the majority of the restraint). His enlarged heart size also put him at risk for sudden cardiac death.

Although the decedent only had superficial injuries, the manner of death will be ruled a homicide, as the stress of being restrained and extreme physical exertion contributed to his demise.

**MANNER OF DEATH:**     Homicide

*Emily Ogden*      10/07/2016
Emily Ogden, M.D.
Medical Examiner

*Elizabeth Ventura*      10/12/2016
Elizabeth Ventura, M.D.
Medical Examiner

*Candace Schoppe, M.D.*      10/12/2016
Candace Schoppe, M.D.
Medical Examiner

*Chester S Gwin*      10/11/2016
Chester S Gwin, M.D.
Medical Examiner



*Accredited by The National Association of Medical Examiners*