**PLAINTIFF'S EXHIBIT F**

# STATE OF TEXAS
## CITY OF DALLAS

### CERTIFICATE OF DEATH

STATE FILE NUMBER (Before Marriage)

1. LEGAL NAME OF DECEASED: **ANTHONY ALAN TIMPA**
2. DATE OF DEATH: **AUGUST 10, 2016**
3. SEX: MALE
4. DATE OF BIRTH: JUNE 5, 1984
5. AGE: 32
6. BIRTHPLACE: DALLAS, TX
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: Divorced
10a. RESIDENCE STREET ADDRESS: 2728 MCKINNON STREET
10b. APT NO: 1420
10c. CITY OR TOWN: DALLAS
10d. COUNTY: DALLAS
10e. STATE: TEXAS
10f. ZIP CODE: 75201
10g. INSIDE CITY LIMITS: Yes

11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: JOSEPH CHARLES TIMPA
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: VICKI ANN HUBER

13. PLACE OF DEATH: ER/Outpatient
14. COUNTY OF DEATH: DALLAS
15. CITY/TOWN ZIP: DALLAS 75235
16. FACILITY NAME: PARKLAND MEMORIAL HOSPITAL

17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: KIM TIMPA - STEPMOTHER
18. MAILING ADDRESS OF INFORMANT: 633 MORAINE WAY, HEATH, TX 75032

19. METHOD OF DISPOSITION: Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: DANIEL ADAMS, BY ELECTRONIC SIGNATURE - 116605
21. Section: REFLECTION WTRS Block: FAMILY ESTATE Lot: 12 Space: 1
22. PLACE OF DISPOSITION: REST HAVEN MEMORIAL PARK
23. LOCATION: ROCKWALL, TX
24. NAME OF FUNERAL FACILITY: REST HAVEN FUNERAL HOME-ROCKWALL CHAPEL
25. COMPLETE ADDRESS: 2500 STATE HWY 66, ROCKWALL, TX 75087

26. CERTIFIER: Medical Examiner/Justice of the Peace
27. SIGNATURE OF CERTIFIER: EMILY OGDEN, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: AUGUST 13, 2016
29. LICENSE NUMBER: Q0681
30. TIME OF DEATH: 11:30 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: EMILY OGDEN 2355 N. STEMMONS FWY, DALLAS, TX 75207
32. TITLE OF CERTIFIER: M.D.

33. PART 1. CHAIN OF EVENTS:
 a. IMMEDIATE CAUSE: **PENDING** — Approximate Interval: UNKNOWN
 b. **SEE ATTACHED AMENDMENT**

34. WAS AN AUTOPSY PERFORMED? Yes
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? No

36. MANNER OF DEATH: Pending Investigation
37. DID TOBACCO USE CONTRIBUTE TO DEATH? Unknown

42a. REGISTRAR FILE NO: 0206852
42b. DATE RECEIVED BY LOCAL REGISTRAR: AUGUST 16, 2016
42c. REGISTRAR: REGISTRAR - CITY OF DALLAS, ELECTRONICALLY FILED
EDR NUMBER: 000001949944

---

## AMENDMENT TO MEDICAL CERTIFICATION OF CERTIFICATE OF DEATH

STATE OF TEXAS — STATE FILE NUMBER 112-16-116642

1. LEGAL NAME OF DECEASED: **ANTHONY ALAN TIMPA**
2. DATE OF DEATH: **AUGUST 10, 2016**
PLACE OF DEATH: PARKLAND MEMORIAL HOSPITAL, DALLAS, DALLAS
IS THE DATE OF DEATH BEING CORRECTED? No

26. CERTIFIER: Medical Examiner/Justice of the Peace
27. SIGNATURE OF CERTIFIER: EMILY OGDEN, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: OCTOBER 10, 2016
29. LICENSE NUMBER: Q0681
30. TIME OF DEATH: 11:30 PM
31. PRINTED NAME: EMILY OGDEN 2355 N. STEMMONS FWY, DALLAS, TX 75207
32. TITLE OF CERTIFIER: M.D.

33. PART 1. CHAIN OF EVENTS:
 a. IMMEDIATE CAUSE: **SUDDEN CARDIAC DEATH** — UNKNOWN
 b. **THE TOXIC EFFECTS OF COCAINE AND PHYSIOLOGIC STRESS ASSOCIATED WITH PHYSICAL RESTRAINT**

PART 2. OTHER SIGNIFICANT CONDITIONS: **CARDIAC HYPERTROPHY, BIPOLAR DISORDER**

34. WAS AN AUTOPSY PERFORMED? Yes
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? Yes

36. MANNER OF DEATH: **Homicide**
37. DID TOBACCO USE CONTRIBUTE TO DEATH? No

40a. DATE OF INJURY: AUGUST 10, 2016
40b. TIME OF INJURY: 10:32 PM
40c. INJURY AT WORK? No
40d. PLACE OF INJURY: OUTSIDE
40e. LOCATION: 1720 WEST MOCKINGBIRD LANE, DALLAS, TX 75235
40f. COUNTY OF INJURY: DALLAS
41. DESCRIBE HOW INJURY OCCURRED: **ILLICIT DRUG USE AND PHYSICAL RESTRAINT**

42a. REGISTRAR FILE NO: 0206852
42b. DATE FILED: OCTOBER 10, 2016
42c. STATE REGISTRAR: /s/ Geraldine K. Harris
EDR 000001949944

---

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED **OCT 27 2016**

Anedrya Price
Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND. ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE.