

PLAINTIFF'S
EXHIBIT

H

JEFFREY BARNARD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

VICKI TIMPA, Individually,          )
and as Representative of            )
the Estate of ANTHONY TIMPA,        )
and CHERYLL TIMPA Individually )
as Next Friend of K.T.,             )
a minor child,                      )
                                    )
        Plaintiffs,                 )
                                    )
VS.                                 )  Civil Action No.
                                    )  3:16-CV-03089-N
                                    )
DUSTIN DILLARD, DANNY VASQUEZ, )
RAYMOND DOMINGUEZ, DOMINGO      )
RIVERA, KEVIN MANSELL, GLENN    )
JOHNSON, CRIMINAL INVESTIGATIVE)
UNIT, LLC,                          )
                                    )
        Defendants.                 )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1
ORAL AND VIDEOTAPED DEPOSITION OF
JEFFREY BARNARD, M.D.
FEBRUARY 13, 2020
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LAURIE PURDY REPORTING SERVICE, INC.

JEFFREY BARNARD

1    Q.    -- so readily obvious?

2    A.    Yeah.  I don't remember presenting a

3  particular case out of Bell County that was if you

4  want to use the term "excited delirium."  It's not a

5  term that I use.  I understand what is referred to in

6  that.  But it's someone who is acting erratic.  They

7  have some cognitive abnormalities.  They're creating

8  some issues and the police are called.

9            And in this particular case --

10    Q.    The one in Bell County?

11    A.    Yes, sir.  Yeah.  Right.  Excuse me.  The

12  one in Bell County, this gentleman, they cuffed him,

13  put him in the car.  He started struggling with

14  them.  They pulled him out of the car, got him to the

15  ground.  No one was on top of him.  He's -- they're

16  on his side, and he starts doing what some of these

17  cases do.  He started winding down and died right on

18  video camera.  No one was on him.  That is a very

19  clear-cut drug-related death.  And he ended up having

20  PCP.  So I called that an accident, and I didn't see

21  any need to present that.  So I don't think I

22  presented that one at all.

23    Q.    Whereas in this case, you had an extended

24  period of time with Dustin Dillard, with his knee in

25  Timpa's back.  Is that the difference or --

JEFFREY BARNARD

1  it's self breaking down, then eventually, if you're

2  alive, it will be -- dopamine will be brought back

3  into the cell.  But then it also, then, continues to

4  restimulate and prevent the reuptake of

5  norepinephrine and kicks out norepinephrine both

6  centrally and peripherally.  And that's a

7  pharmaceutical basis of therapy, so that's why I took

8  that.

9       Q.   Yeah.  And you've got another page filled

10  with discussion of the bupropion and Trazodone.

11       A.   Yeah, just what their different actions

12  are, because one of them is a serotonin, one is

13  dopamine.

14       Q.   At the bottom of the page you provide, I

15  guess, a definition of delirium.  Delirium, in your

16  mind, isn't a cause of death, right?

17       A.   The cause of death -- I don't use the term

18  "excited delirium syndrome" as a cause of death, so,

19  I mean, that's just flat out I don't.  Delirium --

20  since they used the term and since that's been all

21  involved in this, I just had to put down what the

22  definition of delirium would be.  I'm still not

23  totally sure of the separation between delirium and

24  psychosis.  I guess I'd have to ask the psychiatry

25  department, because neither one of them has a