

# Prehospital Care Report Summary

## Dallas Fire-Rescue

Date: 08/10/2016  Call #: 2016181036  Booklet: 13394509  Branch: Station 47  Time Zone: America/Chicago

## Call Information:

| | | | |
|---|---|---|---|
| **Disposition:** | Treated/Transported | **# Patients Transported** | |
| **Unit #:** | RE47 - Rescue 47, Ground-Ambulance  **Trip Type:** N/A | In My Unit: | 1 |
| **Run Type to Scene:** | N/A Emergent (Immediate Response) | # Patients at Scene: | 1 |
| **Incident Facility:** | PARKLAND HOSP (Hospital) - 5200 HARRY HINES BLVD - DALLAS, TX 75235  **NPI:** 1033250170 | **Call Received:** | 22:32:00 |
| | | **Dispatched:** | 22:32:27 |
| **Incident Location:** | 1720 W Mockingbird Ln - Dallas, TX 75235 (DALLAS County) | **En Route:** | 22:34:18 |
| **Incident Type:** | Hospital | **On Scene:** | 22:37:57 |
| | | **Patient Contact:** | 22:38:57 |
| **Receiving Facility:** | PARKLAND HOSP (Hospital) - 5200 HARRY HINES BLVD - DALLAS, TX 75235 | **Left Scene:** | 23:33:52 |
| **Facility Address:** | 5200 HARRY HINES BLVD - DALLAS, TX 75235 | **At Destination:** | 23:13:00 |
| **Destination Type:** | N/A | **Transfer of Care:** | N/A |
| **Dest. Reason:** | N/A | **In Service:** | 00:15:00 |
| **Registration #** | N/A | | |
| | | **Time On Scene:** | 56 Min |
| **Loaded Mileage:** | N/A | **Time to Destination:** | 1481 Min |
| **Crew Members:** | Curtis Burnley, Licensed; James Flores, Licensed | **Total Time of Run:** | 103 Min |

**Moved to Amb By:**   **Transport Position:**   **From Amb By:**

**Call Origin:** N/A   **Lights/Siren:** Scene - Lights and Sirens, Destination - Lights and Sirens

## Patient Information:

| | | |
|---|---|---|
| **Name:** | ANTHONY TIMPA | **DOB:** 06/05/1984 |
| **Address:** | 440C YACHT CLUB DR - ROCKWALL, TX 75032 | **Gender:** Male |
| **Phone:** | | **Age:** 32 Years |
| **Email:** | | **Weight:** |
| **SSN:** | -- | **Broselow:** |
| **Driver License:** | 18058857 | |

### Other Contact Info
**Name:**   **Phone:**   **Cell Phone:**
**Relationship:**

**Current Meds:**   **Comments:**
**Env Allergies:**   **Comments:**
**Med Allergies:**   **Comments:**
**Patient Physician:**
**Advanced Directives:**
**PMH:**   Psychological: Schizophrenia, Psychological: Depression, Psychological: Anxiety
**Comment:**
**Patient Physical Limitations:**
**Comment:**

## Payer Information:

## Clinical:

**Onset Date/Time:**
**Dispatch Reason (EMD):** UP  Unconscious Person
**Medical Need:**

**Provider Impression:** Psychiatric Emerg.
**Mechanism of Injury:**
**Protocol 1:**   **Protocol 2:**

## Assessments:

| Time | Employee | Type | Summary |
|---|---|---|---|

## Vitals:

| Time | Employee | Summary |
|---|---|---|
| 22:48:49 | Flores, James | **BP:** 150/90<br>**Pulse:** 100<br>**Resp:** 20 |

## Treatments/Medications:

| Time | Employee | Summary |
|---|---|---|
| 22:51:00 | Flores, James | **Medication Versed**<br>**Dose:** 5 **Unit:** mg **Route:** Intramuscular **Success:** N/A |
| 22:55:00 | Burnley, Curtis | **Treatment- CPR**<br>**Success:** N/A |
| 22:59:00 | Burnley, Curtis | **Treatment- IV Insertion**<br>**Success:** N/A<br>**IV Fluid Type:** Normal Saline **IV Size:** 18 ga **IV Site:** Antecubital-Left |
| 23:03:31 | Burnley, Curtis | **Medication Epi 1:10,000**<br>**Dose:** 1 **Unit:** mg **Route:** Intravenous **Success:** N/A |
| 23:45:20 | Burnley, Curtis | **Medication Epi 1:10,000**<br>**Dose:** 1 **Unit:** mg **Route:** Intravenous **Success:** N/A |
| 23:50:00 | Burnley, Curtis | **Medication Narcan 2 mg**<br>**Dose:** 1 **Unit:** mg **Route:** Intravenous **Success:** N/A |

## Supply

| Qty | Supply |
|---|---|

## Medications Wasted:

| Time | Employee | Medication | Amt Wasted | Unit | Box # | Seal # |
|---|---|---|---|---|---|---|
| N/A | | Versed | N/A | mg | N/A | N/A |

## ECG Device Incident Number:

## Narrative History Text:
PT WAS FOUND IN HANDCUFFS AND FIGHTING OFFICERS. OFFICERS HAD TO RESTRAINED PT FOR PT'S SAFETY. MEDICS WAITED UNTILL PATIENT WAS CALMED IN ORDER TO OBTAIN VITALS. POLICE REQUESTED THAT PT BE TRANSPORTED BY AMBULANCE. MEDIC ADMINISTERED VERSED TO CALM PT DOWN. PT WAS CARRIED ON TO STRETCHER. IN BACK OF AMBULANCE, MEDICS NOTICED PT WAS NOT BREATHING. CPR WAS INITIATED, CARDIAC DRUGS WERE PUSHED. ==NO SHOCKABLE RYTHMN SHOWN ON THE MONITOR.== PT REMAINED UNRESPONSIVE DURING TRANSPORT

## Unable to Sign:
**Unable to Sign Reason:** Unconscious
**Authorized Representative:**
**Authorized Representative Signature:** No
**Secondary Documentation:**
**Secondary Documentation Signature:** No
**Comment:**

**Auth Signature:** No  **Privacy Sig:** No  **Unable to Sign:** Yes  **Refused to Sign:** No

## Signature Image(s):

Authorization Signature                          Privacy Notice Signature

Receiving RN / MD Signature - BLAIR RN - 08/10/2016 23:49



Technician 2 Signature - JAMES FLORES - 08/10/2016 23:56



Technician Signature - CURTIS BURNLEY - 08/10/2016 23:56



/ **Dispatch Service Level: ALS**