**PLAINTIFF'S EXHIBIT J**

## AFFIDAVIT IN ANY FACT

E OF TEXAS                    §

COUNTY OF DALLAS              §

BEFORE ME, Angela Arredondo, #7651, on this day personally appeared Kevin Mansell, #6570
Who, after being by me duly sworn, on oath deposes and says:

I, Sergeant Kevin Mansell, badge 6570, have been a Dallas police officer for over twenty-five years, and I am currently assigned to Northwest Patrol, working Third Watch. On Wednesday, August 10, 2016, I was working as a one-man element, F540, driving a marked Dallas Police squad car. This car was equipped with a video recording system, but the system was not activated during this incident. I have not been issued a body camera and was not wearing a body camera. I was wearing my full Dallas Police uniform, which clearly identified me as a Dallas Police Officer.

At around 10:30 p.m., I responded to a call regarding a potentially mentally disturbed person at 1720 W. Mockingbird Lane, the New Fine Arts. The call details stated that the suspect was schizophrenic and off his medication. I arrived in the area and observed the suspect and two uniformed private security officers near a bus stop to the east of the New Fine Arts business. I called for an ambulance. The suspect was in handcuffs and on the ground and the security officers were near the suspect. The suspect was rolling around and the security officers were preventing him from rolling into the roadway. The suspect was screaming and kicking into the air. The suspect rolled toward the street and I took hold of the handcuffs and assisted as the security officers moved him back away from the roadway. Officers Dillard and Vasquez arrived and placed handcuffs onto the suspect while removing the private security officer's handcuffs. The suspect was screaming that someone was going to kill him, and officers were telling him to relax. The suspect was trying to roll and stand up, and officers held him to prevent him from getting up and running into the roadway. Officers Rivera and Dominguez had arrived and while the officers were switching handcuffs, the suspect was kicking and officers placed flex cuff restraints on his ankles. DFR had arrived and officers assisted paramedics with placing the suspect onto a gurney for transport. While I called the suspect's emergency contact listed on his driver's license information, I learned from a paramedic that the suspect had become non-responsive. Officers removed the handcuffs for medical treatment and DFR transported the suspect to Parkland Hospital.

I remained on the scene until I was released by investigators.

_Sgt Kevin H Mansell #6570_
Affiant

"I, Angela Arredondo, Badge Number 7651 , a police officer for the Dallas Police Department, as described in Article 2.12(3) of the Texas Code of Criminal Procedure, have administered this oath to the above noted individual while in the performance of my assigned job duties, as authorized by Section 602.002(7) of the Texas Government Code."

SUBSCRIBED AND SWORN TO BEFORE ME THIS  15 DAY OF August A.D. 2016

_A Arredondo #7651_
Officer's Signature

**CONTROL NO.**

**16-184**
DEFS000329

CONFIDENTIAL

ATTACHMENT 9

COD 007638

**INTERNAL STATEMENT**

**Control Number: CN2016-184**
**Date: January 24, 2017,     Time: 10:21 AM   Place: 1400 S. Lamar Street**

**I, Sergeant Kevin Mansell, #6570,** am giving this statement at the direction of Detective Scott Corkery, 9717, who has identified himself as a Peace Officer of the City of Dallas and is conducting an Internal Investigation. He has ordered me to submit this Internal Statement as required by General Orders, describing my actions during the incident or any knowledge that I have of the incident. He has informed me that my failure to do so may subject me to disciplinary action, including discharge from employment with the Dallas Police Department. He has informed me that any information or evidence which is gained through this statement cannot be used against me in any criminal proceeding, except that I may be subject to any false statement which I make in this statement.

He has also informed me that I am required to be truthful in my statement and if it is determined that I have been untruthful in my responses, I could be subject to disciplinary action up to, and including, discharge from employment with the Dallas Police Department. In response to this lawful order I submit the following to the Chief of Police.

I stand by my SIU statement on August 15, 2016.

Respectfully Submitted,

Kevin Mansell, #6570
Sergeant of Police
Northwest Patrol Division
Patrol Bureau

Page 1 of 1

CONFIDENTIAL

ATTACHMENT 4

DEFS000330

COD 007639

# INTERNAL STATEMENT

**Control Number: CN2016-184**
**Date: March 28, 2017,     Time: 9:59 AM   Place: 1400 S. Lamar Street**

**I, Sergeant Kevin Mansell, #6570,** am giving this statement at the direction of Detective Scott Corkery, 9717, who has identified himself as a Peace Officer of the City of Dallas and is conducting an Internal Investigation. He has ordered me to submit this Internal Statement as required by General Orders, describing my actions during the incident or any knowledge that I have of the incident. He has informed me that my failure to do so may subject me to disciplinary action, including discharge from employment with the Dallas Police Department. He has informed me that any information or evidence which is gained through this statement cannot be used against me in any criminal proceeding, except that I may be subject to any false statement which I make in this statement.

He has also informed me that I am required to be truthful in my statement and if it is determined that I have been untruthful in my responses, I could be subject to disciplinary action up to, and including, discharge from employment with the Dallas Police Department. In response to this lawful order I submit the following to the Chief of Police.

## Supplemental Statement

On March 23, 2016 I was involuntarily transferred to Northwest Patrol after being in the Traffic Unit and Communications Division for 21 ½ years. I had not and still have not attended the 40 hour Critical Incident Training (CIT) class that is given by the Dallas Police Department on how to recognize and deal with someone in an Excited Delirium state. Prior to this incident, I had not knowingly encountered a person in a state of Excited Delirium.

This incident was dispatched as a person in a schizophrenic state with depression and anxiety and was off of their medication. After arriving on the scene, I immediately called for an ambulance to respond to the scene to evaluate and possibly transport M. Timpa to the hospital for medical treatment and/or APPOW.

I did not think that Mr. Timpa was in a state of Excited Delirium.

I do not recall specifically what I said to the paramedics when they first arrived. I do recall talking with the paramedics a few minutes later about getting Mr. Timpa into the ambulance for treatment.

The paramedics were evaluating and treating Mr. Timpa and gave him an injection.

A short time after DFR arrived, I found Mr. Timpa's cell phone and driver's license and starting making attempts to contact someone from Mr. Timpa's phone. When that wasn't successful, I then found Mr. Timpa's emergency contact

**Page 1 of 2**

Internal Statement
Sergeant Mansell
CN2016-184
March 28, 2017

information that is attached to his driver's license on the computer and called his
father and mother. I started asking them about his medical history. Mr. Timpa's
mother was telling me that she and Mr. Timpa had been at a psychiatric doctor's
office that morning. I wasn't able to get any more information from her because I
ended the call when I found out from the paramedics that Mr. Timpa was deceased.

Mr. Timpa was resisting the officer's attempts at removing the security guard's
handcuffs and replacing them with theirs. He was moving his arms and legs, which
was hindering the officer's attempts at quickly switching these items out. Once the
paramedics were ready with their gurney, they then loaded him for transport to the
hospital.

Respectfully Submitted,

Kevin Mansell, #6570
Sergeant of Police
Support Services Division
Support Bureau

DEFS000332    CONFIDENTIAL    ATTACHMENT 4
COD 007641