UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Vick Tempa et al.<br>    Plaintiffs | )<br>)<br>) |
| v. | )    Civil Action No. 3:16-cv-3089-N |
| Dustin Dillard, et al.<br>    Defendants | )<br>)<br>) |

STATE OF TEXAS                      §
                                         §
COUNTY OF TRAVIS           §

## BUSINESS RECORDS AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared Jorie Klein, who, being by me duly sworn, deposed as follows:

"My name is Jorie Klein. I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated:

I am the Custodian of Records and Director of the EMS/Trauma Systems Section for the Department of State Health Services (Department). Attached to this affidavit are 83 pages of records responsive to the subpoena issued in the above-styled case. The Department keeps these records in the regular course of business. It was in the regular course of Department business for a Department employee or representative with knowledge of the act, event, condition, opinion, or diagnoses recorded, to make the records or to transmit information to be included in the records. The records were made at or near the time or reasonably soon thereafter. The attached records are exact duplicates of the originals.

I have nothing further to say."

 

*[signature]*
Jorie Klein, MSN, MHA, BSN, RN
Custodian of Records
Director, EMS/Trauma Systems Section
Department of State Health Services

SWORN TO AND SUBSCRIBED BEFORE ME ON THE 23rd day of May 2023.

*Sara G. Richardson*
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

Sara G. Richardson
Notary Public, State of Texas
ID# 12672907-6
Comm. Exp: 09-13-2025
Notary without Bond

My Commission Expires:

9-13-2025