IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF ANTHONY TIMPA, AND CHERYLL TIMPA, INDIVIDUALLY AS NEXT FRIEND OF K. T., A MINOR CHILD, | § § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| vs. | § § § | 3:16-cv-03089-N |
| DUSTIN DILLARD, *et al.* | § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT:**

Notice is hereby given that Rossina Ortega enters her appearance as co-counsel of record for and on behalf of the Plaintiffs, Vicki Timpa, Individually, and As Representative of the Estate of Anthony Timpa, and Cheryll Timpa, Individually as Next Friend of K.T., a Minor Child.

Ms. Ortega requests the Clerk of the Court to enter her appearance on the civil docket as co-counsel of record and to be notified in this case. Ms. Ortega is authorized to receive service of all pleadings, hearings, notices, orders, and all other papers filed and served in this lawsuit through the Court's electronic case filing system. Geoff J. Henley will continue his appearance in this suit as lead counsel of record.

        Respectfully Submitted,

        **HENLEY & HENLEY, P. C.**

By:   */s/ Rossina Ortega*
      Rossina Ortega
      Texas Bar No. 24125048
      E-Mail: rortega@henleylawpc.com
      Geoff J. Henley
      State Bar No. 00798253
      E-Mail: ghenley@henleylawpc.com
      2520 Fairmount Street, Suite 200
      Dallas, Texas 75201
      Tel: (214) 821-0222
      Fax: (214) 821-0124
      **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of June, 2023, a true and correct copy of the foregoing document was electronically served on all attorneys of record in accordance with the Federal Rules of Civil Procedure.

      */s/ Rossina Ortega*
      Rossina Ortega

cc:
(Via Electronic Service)
Lindsay Gowin
Susan Hutchison