IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, Individually, and as | § | |
| Representative of the Estate of Anthony Timpa, | § | |
| And CHERYLL TIMPA, Individually as Next | § | |
| Friend of K.T., a Minor Child | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 3:16-CV-03089-N |
| | § | |
| vs. | § | |
| | § | |
| DUSTIN DILLARD, DANNY | § | |
| VASQUEZ, RAYMOND DOMINQUEZ, | § | |
| KEVIN MANSELL | § | |

---

## INTERVENOR'S NOTICE OF APPEARANCE

---

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Intervenor, Joe Timpa, and hereby gives notice that the following Attorney

shall appear as attorney and co-counsel for Intervenor:

S. RAFE FOREMAN
Texas Bar No. 07255200
Srfservice@FightsforRight.com

HUTCHISON & FOREMAN, PLLC
1312 Texas Ave., Ste. 101
Lubbock, TX  79401
(806) 491-4911
FAX:  806.491.9911

Respectfully submitted,

s/Susan E. Hutchison
Susan E. Hutchison

---

Texas State Bar No. 10354100
sehservice@FightsforRight.com

HUTCHISON & FOREMAN, PLLC
500 East 4th St., Ste. 100
Fort Worth, TX  76102
Telephone:  (817) 336-5533
Facsimile:  (817) 887.5471

S. RAFE FOREMAN
Texas Bar No. 07255200
Srfservice@FightsforRight.com

HUTCHISON & FOREMAN, PLLC
1312 Texas Ave., Ste. 101
Lubbock, TX  79401
(806) 491-4911
FAX:  806.491.9911

ATTORNEYS FOR INTERVENOR

## CERTIFICATE OF SERVICE

This is to certify that on this June 9, 2023, a true and correct copy of the above and foregoing document was served on the following attorney of record via the court's electronic service:

Geoff J. Henley
Lane R. Addison
Henley & Henley
2520 Fairmount St., Ste. 200
Dallas, TX  75201
Attorneys for Plaintiffs

Lindsay Gowin
City Attorney of the City of Dallas
7DN Dallas City Hall
1500 Marilla St.
Dallas, TX  75201
Attorneys for Defendants

s/Susan E. Hutchison
Susan E. Hutchison