

**Custodial Death Report**
**Filed: 8-11-2016 7:09 am**
**PA16349C**

### Agency/Facility Information
**Name:** Dallas Police Dept.
**Address:** 1400 S. Lamar Street
**City, Zip:** Dallas, 75215
**Phone:** 214-671-3654
**Director:** David O. Brown
**Name of Report Filer:** Sergeant E. Merritt #8112
**Email of Report Filer:** e.merritt@dpd.dallascityhall.com

### Identity Of Deceased
**Name:** Anthony Timpa
**Race/Ethnicity:** Anglo
**Sex:** Male
**DOB:** 08-05-1984
**Age:** 32

### Date Of Custody (arrest, incarceration)
8-10-2016 10:30 pm

### Date Of Death
8-10-2016 11:30 pm

### Where did the event causing the death occur?
**Address:** 1700 Mockingbird Lane
**City:** Dallas
**County:** Dallas

### Has a medical examiner or coroner conducted an evaluation to determine a cause of death?
No, evaluation pending

### Apparent Manner Of Death:
Other
  **Description:** Unknown

### Medical Cause Of Death:
Unknown at this time

### Was the cause of death the result of a pre-existing medical condition or did the deceased develop the condition after admission?

Don't know

**Had the deceased been receiving treatment for the medical condition after admission to your jail's jurisdiction?**

Not Applicable

**Type of Custody**

Custody of Peace Officer subsequent to arrest

**What were the most serious offenses with which the deceased was (or would have been charged with at the time of death)?**

1. APOWW
**Status:** Not filed at time of death

**Type of Charges**

Other - **Specify:** APOWW

**Did the deceased die from a medical condition or from injuries sustained at the crime/arrest scene?**

Don't know

**If injured at the crime/arrest scene, how were these injuries sustained?**

Unknown

**Was the deceased under restraint in the time leading up to the death or the events causing the death?**

Yes
**Devices used:**
Handcuffs

**At any time during the arrest/incident, did the deceased:**

Appear intoxicated (either alcohol or drugs)? - Yes.
Threaten the officers(s) involved? - No.
Resist being handcuffed or arrested? - No.
Try to escape/flee from custody? - No.
Grab, hit or fight with the officer(s) involved? - No.
Use a weapon to threaten or assault the officer(s)? - No.
Other - No.
Not Applicable - No.

**What type of weapon(s) caused the death?**

Not Applicable

**Where did the deceased die?**

At medical facility

**What was the time and date of the deceased's entry into the law enforcement facility where the death occurred?**

Not Applicable

### At the time of entry into the facility, did the deceased:

Appear intoxicated (either alcohol or drugs)? - No.
Exhibit any mental health problems? - No.
Exhibit any medical problems? - No.
Not Applicable - Yes.

### If death was an accident or homicide, who caused the death?

Don't know

### If death was an accident, homicide or suicide, what was the means of death?

Don't know

### Summary of How the Death Occurred:

On August 10, 2016, at approximately 10:13 p.m., the subject was with an unidentified black male at the New Fine Arts store in the 1700 block of Mockingbird Avenue. The subject became irrational and ran out of the store. Witnesses said the subject believed someone was after him. A security guard followed the subject out of the business and east on Mockingbird Lane. The subject began walking into traffic so the security guard tried to physically restrain him. A second security guard was driving by the location, saw the altercation, and stopped to aid the first security guard. The security guards work for different companies. The two were able to put the subject into handcuffs. At this point, an officer arrived and put his handcuffs on the subject. Additional cover officers arrived and they attempted to gain control of the subject. DFR was called to the scene and the subject was placed in the ambulance, then he stopped breathing. The subject was transported to Parkland Hospital where he was pronounced. Officers did not use an Electronic Control Weapon or an impact weapon. An independent civilian witness was at the scene and provided a statement. Three of the involved officers were wearing body cameras.