IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHERYLL TIMPA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DUSTIN DILLARD, *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§  Civil Action No.  3:16-CV-03089-N<br>§<br>§<br>§<br>§ |

## **ORDER**

The civil jury trial in this case is reset to September 18, 2023, at 9:00 a.m.

Signed July 24, 2023.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE