IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No.  3:16-CV-03089-N |
| DUSTIN DILLARD, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

The Court previously requested the parties to confer regarding the form of a protective order regarding pretrial publicity.  If the parties are unable to agree to a form of order, the Court directs them to submit their respective proposed forms no later than 12:00 noon, Monday, August 7, 2023.

Signed August 2, 2022.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE