IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-3089-N |
| | § | |
| DUSTIN DILLARD, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **VERDICT OF THE JURY**

We, the jury, have answered the above questions as indicated, and now return

those questions and answers to the Court as our verdict.

SIGNED this _____ day of September, 2023.

_____
PRESIDING JUROR

COURT'S CHARGE – PAGE 24