CHAMBERS OF DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE
1100 COMMERCE STREET, ROOM 1358
DALLAS, TEXAS 75242



3:16 CV3089-N
Jury Note

9/27/23

On question number 2 there are four items that make the officers liable. Do they have to meet all four or only one to be liable?

*[signature]*

All four.

*[signature: David Godbey]*