IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, et al., | § § § | |
| Plaintiffs, | § | Civil Action No. 3:16-CV-03089-N |
| vs. | § § § | |
| DUSTIN DILLARD, et al., | § § | |
| Defendants, | § § § | |
| v. | § § § | |
| JOE TIMPA | § § | |
| Intervenor. | § | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO INTERVENOR'S MOTION FOR NEW TRIAL ON DAMAGES**

TO THE HONORABLE COURT:

Defendants Dustin Dillard, Danny Vasquez, Raymond Dominguez, and Kevin Mansell file this Unopposed Motion to Extend Time to Respond to Intervenor's Motion for New Trial on Damages (Dkt. No. 348) by one week from March 22, 2024 to March 29, 2024. Intervenor *does not oppose* the requested relief.

**I.     ARGUMENTS AND AUTHORITIES**

Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure controls extensions of time to file papers before the time has expired:

**(b) Extending Time.**

**(1) *In General.*** When an act may or must be done within a specified time, the court may, for good cause, extend the time:

1

      **(A)** with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

Here, good cause exists to grant the requested extension. Defense counsel's ability to prepare Defendants' response has been impaired because she has been out of the office for her son's activities over spring break and with his travel baseball team. The requested extension will cause no prejudice to any party. Accordingly, good cause exists to grant Defendants' request for an extension.

WHEREFORE, Defendants Dustin Dillard, Danny Vasquez, Raymond Dominguez, and Kevin Mansell respectfully ask the Court to grant this unopposed motion and enter an order extending the deadline for them to respond to Intervenor's Motion for New Trial on Damages from March 22, 2024, to March 29, 2024, and award any further relief consistent with this motion that the Court deems necessary and just.

                                           Respectfully submitted,

                                           CITY ATTORNEY OF THE CITY OF DALLAS

                                           Tammy L. Palomino
                                           City Attorney

                                           */s/ Lindsay Wilson Gowin*
                                           Senior Assistant City Attorney
                                           Texas State Bar No. 24111401
                                           lindsay.gowin@dallas.gov

                                           7DN Dallas City Hall
                                           1500 Marilla Street
                                           Dallas, Texas 75201
                                           Telephone:   214-670-3519
                                           Facsimile:    214-670-0622

                                           Attorneys for Defendants Dustin Dillard, Kevin Mansell, Danny Vasquez, and Raymond Dominguez

**CERTIFICATE OF CONFERENCE**

I conferred with Intervenor's counsel Susan Hutchison by email on March 18, 2024, regarding the substance of this motion and the relief requested. Ms. Hutchison replied via email on March 18, 2024, indicating that Intervenor does not oppose the relief requested in this motion.

*/s/ Lindsay Wilson Gowin*
Senior Assistant City Attorney

**CERTIFICATE OF SERVICE**

I certify that on March 22, 2024, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Lindsay Wilson Gowin*
Senior Assistant City Attorney