IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **VICKI TIMPA, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF ANTHONY TIMPA, AND CHERYLL TIMPA INDIVIDUALLY AS NEXT FRIEND OF K. T., A MINOR CHILD** <br> **Plaintiffs,** <br><br> AND <br><br> **JOE TIMPA,** <br> **Intervenor-Plaintiff,** <br><br> V. <br><br> **DUSTIN DILLARD, DANNY VASQUEZ, RAYMOND DOMINGUEZ, KEVIN MANSELL, GLENN JOHNSON, CRIMINAL INVESTIGATIVE UNIT, LLC** <br><br> **Defendants.** | § § § § § § § § § § § § § § § § § § § § § § § **CIVIL ACTION NO. 3:16-cv-03089-N** |

**ORDER GRANTING**
**STIPULATION OF DISMISSAL AND APPROVAL OF SETTLEMENT**

Came on to be considered this day the *Stipulation of Dismissal Following Settlement* filed in this cause by Plaintiffs Vicki Timpa, individually and as representative of the Estate of Anthony Timpa, and Cheryll Timpa, individually and as next friend of K.T. After considering said Stipulation and the agreement of the parties expressed therein, the Court:

**GRANTS** the Joint Stipulation and hereby dismisses with prejudice all of these Plaintiffs' claims against Defendants Dustin Dillard, Danny Vasquez, Kevin Mansell, and Raymond Dominguez.

The Court, having reviewed the recommendation of the *Guardian Ad Litem,* finds that the settlement is in the best interest of minor Plaintiff, K.T., and approves the total settlement agreement as stated in the guardian ad litem's report.

Furthermore, the Court understands that the Minor's $1,000,000.00 in settlement proceeds will be placed in a structured annuity with **METLIFE ASSIGNMENT COMPANY, INC.** for his exclusive benefit. As a result, K.T. is to receive periodic payments from **METLIFE ASSIGNMENT COMPANY, INC.** according to the Schedule of Payments as follows (the "Periodic Payments"):

> $40,000.00 payable semi-annually, guaranteed for 4 years, beginning on 07/31/2026, with the last guaranteed payment on 01/31/2030.
>
> $3,189.09 payable monthly, guaranteed for 17 years, beginning on 07/31/2026, with the last guaranteed payment on 06/30/2043.
>
> $75,000.00 paid on 07/31/2033 guaranteed.
>
> $200,000.00 paid on 07/31/2038 guaranteed.
>
> $460,000.00 paid on 07/31/2043 guaranteed.

The Court approves of the Periodic Payments and further finds that they are in his best interest and further finds that all the payments set forth herein constitute damages on account of personal physical injuries, arising from an occurrence within the meaning of Section 104(a)(2) of the IRS Code of 1986, as amended.

IT IS FURTHER ORDERED that the rights to receive periodic payments granted to the minor Plaintiff in this Judgment may not be sold, transferred, hypothecated, pledged, or otherwise alienated in any manner, directly or indirectly, without the prior approval of the then-sitting Judge of this Court, as evidenced by an order approving such transaction entered after compliance with all requirements of the Structured Settlement Protection Act, § 141.001, Texas Civil Practice and

Remedies Code, as it now exists or may hereafter be amended, or any successor to such statute. Any purported or attempted sale, transfer, hypothecation, pledge, or other alienation of such payment rights that has not been so approved will be a direct violation of this order.

Signed May 15, 2024.

David C. Godbey
Chief United States District Judge