IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI TIMPA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-3089-N |
| | § | |
| DUSTIN DILLARD, *et al.*, | § | |
| | § | |
| Defendants | § | |
| | § | |

## **FINAL JUDGMENT**

On September 18, 2023, trial in this case began. The Court determined it had jurisdiction over the subject matter and the parties in this case. The Court then empaneled and swore in the jury, which heard the evidence and arguments of counsel. After both parties rested, the Court submitted questions, definitions, and instructions to the jury regarding the causes of action at issue. In response, the jury made findings that the Court received, filed, and entered of record, Jury Charge [331], which are hereby incorporated into this final judgment.  Pursuant to an agreed motion, the Court previously dismissed the claims of Vicki Timpa and K.T.  Notice of Dismissal and Settlement [363].  Intervenor Joe Timpa filed a motion for a new trial, which the Court denied.  The Court now enters final judgment on the verdict as to Joe Timpa.

It is ordered that Joe Timpa take nothing by his claims against Defendants and that those claims are dismissed with prejudice.  Court costs are taxed against the parties incurring such costs.  All relief not expressly granted is denied.  This is a final judgment.

FINAL JUDGMENT – PAGE 1

Signed June 11, 2024.

David C. Godbey

Chief United States District Judge

FINAL JUDGMENT – PAGE 2